# EXHIBIT - A

**NOTE ON DOCUMENT LENGTH**: For the sake of brevity and to reduce the volume of the record, the attached exhibits contain only the relevant excerpts of the larger documents. Full versions of these records are available and will be produced upon request.

**...ORKSHEET**

**DCSE CASE #**   IV-D # 0005005576

| MONTH/YR | TOTAL PAID | OBLIGATION CHLD | OBLIGATION SPSL | AMOUNT PAID - DCSE CHLD | AMOUNT PAID - DCSE SPSL | AMOUNT PAID - CP/CREDIT CHLD | AMOUNT PAID - CP/CREDIT SPSL | MONTHLY CHLD | ARREARS CHLD | MONTHLY INTEREST CHLD | BALANCE INTEREST CHLD | MONTHLY SPSL | ARREARS SPSL | MONTHLY INTEREST SPSL | BALANCE INTEREST SPSL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | $0.00 | $86,557.09 | | | $0.00 | $255,383.15 | | $0.00 |
| | | | | | | | | | | | | $360.39 | $255,743.54 | | |
| ARREARS 2.1.2022 | | $86,557.09 | $255,383.15 | | | | | | | | | | | | |
| Feb-22 | $5,000.00 | 0.00 | 5360.39 | 0.00 | 0.00 | 0.00 | 5000.00 | $0.00 | $86,557.09 | $432.78 | $432.78 | $2,860.39 | $258,603.93 | $1,276.91 | $1,276.91 |
| Mar-22 | $2,500.00 | 0.00 | 5360.39 | 0.00 | 0.00 | 0.00 | 2500.00 | $0.00 | $86,557.09 | $432.78 | $865.56 | $5,360.39 | $263,964.32 | $1,278.71 | $2,555.62 |
| Apr-22 | $0.00 | 0.00 | 5360.39 | 0.00 | 0.00 | 0.00 | 0.00 | -$3,448.73 | $83,108.36 | $432.78 | $1,298.34 | $5,360.39 | $269,324.71 | $1,293.01 | $3,848.63 |
| May-22 | $3,448.73 | 0.00 | 5360.39 | 3448.73 | 0.00 | 0.00 | 0.00 | -$1,537.07 | $81,571.29 | $415.54 | $1,713.88 | $0.00 | $269,324.71 | $1,319.82 | $5,168.45 |
| Jun-22 | $6,897.46 | 0.00 | 5360.39 | 1537.07 | 5360.39 | 0.00 | 0.00 | -$1,537.07 | $80,034.22 | $407.85 | $2,121.73 | $0.00 | $269,324.71 | $1,346.62 | $6,515.07 |
| Jul-22 | $6,897.46 | 0.00 | 5360.39 | 1537.07 | 5360.39 | 0.00 | 0.00 | -$1,537.07 | $78,497.15 | $400.17 | $2,521.90 | $0.00 | $269,324.71 | $1,346.62 | $7,861.69 |
| Aug-22 | $6,897.46 | 0.00 | 5360.39 | 1537.07 | 5360.39 | 0.00 | 0.00 | $0.00 | $78,497.15 | $392.48 | $2,914.38 | $1,911.66 | $271,236.37 | $1,346.62 | $9,208.31 |
| Sep-22 | $3,448.73 | 0.00 | 5360.39 | 0.00 | 3448.73 | 0.00 | 0.00 | -$1,537.07 | $76,960.08 | $392.48 | $3,306.86 | $0.00 | $271,236.37 | $1,346.62 | $10,554.93 |
| Oct-22 | $6,897.46 | 0.00 | 5360.39 | 1537.07 | 5360.39 | 0.00 | 0.00 | -$1,537.07 | $75,423.01 | $384.80 | $3,691.66 | $0.00 | $271,236.37 | $1,356.18 | $11,911.11 |
| Nov-22 | $6,897.46 | 0.00 | 5360.39 | 1537.07 | 5360.39 | 0.00 | 0.00 | -$4,985.80 | $70,437.21 | $377.11 | $4,068.77 | $0.00 | $271,236.37 | $1,356.18 | $13,267.29 |
| Dec-22 | $10,346.19 | 0.00 | 5360.39 | 4985.80 | 5360.39 | | | $0.00 | $70,437.21 CHILD COMPOUNDED INTEREST | $203.50 | $4,272.27 | $2,223.18 SPOUSAL COMPOUNDED INTEREST | $273,459.55 | $663.40 / $1,356.18 | $13,930.69 / $15,286.87 |
| ADJUSTMENTS - 5% INCREASE TO SPOSAL CSUP 1/1/23 & COMPOUNDED INTEREST | | | | | 3405.23 | 0.00 | 0.00 | $0.00 CHILD COMPOUNDED INTEREST | $70,437.21 | $352.18 | $4,624.45 | $268.02 | $273,727.57 | $1,356.18 | $16,643.05 |
| Jan-23 | $3,405.23 | 0.00 | 5628.41 | 1450.06 | 5360.39 | 0.00 | 0.00 | -$1,450.06 | $68,987.15 | $352.18 | $4,976.63 | $268.02 | $273,995.59 | $1,367.29 | $18,010.34 |
| Feb-23 | $6,810.45 | 0.00 | 5628.41 | 1450.07 | 5360.39 | 0.00 | 0.00 | -$1,450.07 | $67,537.08 | $344.93 | $5,321.56 | $268.02 | $274,263.61 | $1,368.63 | $19,378.97 |
| Mar-23 | $6,810.46 | 0.00 | 5628.41 | 1450.07 | 5360.39 | 0.00 | 0.00 | -$1,450.07 | $66,087.01 | $337.68 | $5,659.24 | $268.02 | $274,531.63 | $1,369.97 | $20,748.94 |
| Apr-23 | $6,810.46 | 0.00 | 5628.41 | 1450.06 | 5360.39 | 0.00 | 0.00 | -$1,450.06 | $64,636.95 | $330.43 | $5,989.67 | $268.02 | $274,799.65 | $1,371.31 | $22,120.25 |
| May-23 | $6,810.45 | 0.00 | 5628.41 | 1450.07 | 5360.39 | 0.00 | 0.00 | -$1,450.07 | $63,186.88 | $323.18 | $6,312.85 | $268.02 | $275,067.67 | $1,372.65 | $23,492.90 |
| Jun-23 | $6,810.46 | 0.00 | 5628.41 | 1450.07 | 5360.39 | 0.00 | 0.00 | -$1,450.07 | $61,736.81 | $315.93 | $6,628.78 | $268.02 | $275,335.69 | $1,373.99 | $24,866.89 |
| Jul-23 | $10,215.68 | 0.00 | 5628.41 | 4855.29 | 5360.39 | 0.00 | 0.00 | -$4,855.29 | $56,881.52 | $308.68 | $6,937.46 | $5,628.41 | $280,964.10 | $1,375.33 | $26,242.22 |
| Aug-23 | $0.00 | 0.00 | 5628.41 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 | $56,881.52 | $284.40 | $7,221.86 | $5,628.41 | $286,592.51 | $1,376.67 | $27,618.89 |
| Sep-23 | $0.00 | 0.00 | 5628.41 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 | $56,881.52 | $284.40 | $7,506.26 | $5,628.41 | $292,220.92 | $1,404.82 | $29,023.71 |
| Oct-23 | $0.00 | 0.00 | 5628.41 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 | $56,881.52 | $284.40 | $7,790.66 | $5,628.41 | $297,849.33 | $1,432.96 | $30,456.67 |
| Nov-23 | $0.00 | 0.00 | 5628.41 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 | $56,881.52 | $284.40 | $8,075.06 | | | $1,827.48 | $32,284.15 |
| Dec-23 | $0.00 | | | | | | | $0.00 CHILD COMPOUNDED INTEREST | $56,881.52 | $484.56 | $8,559.62 SPOUSAL COMPOUNDED INTEREST | $5,909.83 | $303,759.16 | $1,461.10 | $33,745.25 |
| ADJUSTMENTS - 5% INCREASE TO SPOSAL CSUP 1/1/24 & COMPOUNDED INTEREST | | | | | | 0.00 | 0.00 | $0.00 CHILD COMPOUNDED INTEREST | $56,881.52 | $284.40 | $8,844.02 | $5,909.83 | $309,668.99 | $1,489.24 | $35,234.49 |
| Jan-24 | $0.00 | 0.00 | 5909.83 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 | $56,881.52 | $284.40 | $9,128.42 | $5,909.83 | $315,578.82 | $1,518.79 | $36,753.28 |
| Feb-24 | $0.00 | 0.00 | 5909.83 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 | $56,881.52 | $284.40 | $9,412.82 | $5,909.83 | $321,488.65 | $1,548.34 | $38,301.62 |
| Mar-24 | $0.00 | 0.00 | 5909.83 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 | $56,881.52 | $284.40 | $9,697.22 | $5,909.83 | $327,398.48 | $1,577.89 | $39,879.51 |
| Apr-24 | $0.00 | 0.00 | 5909.83 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 | $56,881.52 | $284.40 | $9,981.62 | $5,909.83 | $333,308.31 | $1,607.44 | $41,486.95 |
| May-24 | $0.00 | 0.00 | 5909.83 | 0.00 | 0.00 | 0.00 | 0.00 | -$787.49 | $56,094.03 | $284.40 | $10,266.02 | $5,909.83 | $334,843.75 | $1,636.99 | $43,123.94 |
| Jun-24 | $787.49 | 0.00 | 5909.83 | 787.49 | 0.00 | 0.00 | 0.00 | $0.00 | $56,094.03 | $280.47 | $10,546.49 | $1,535.44 | $337,943.27 | $1,666.54 | $44,790.48 |
| Jul-24 | $4,374.39 | 0.00 | 5909.83 | 0.00 | 4374.39 | 0.00 | 0.00 | $0.00 | $56,094.03 | $280.47 | $10,826.96 | $3,099.52 | $343,853.10 | $1,674.21 | $46,464.69 |
| Aug-24 | $2,810.31 | 0.00 | 5909.83 | 0.00 | 2810.31 | 0.00 | 0.00 | $0.00 | $56,094.03 | $280.47 | $11,107.43 | $5,909.83 | $349,762.93 | $1,689.71 | $48,154.40 |
| Sep-24 | $0.00 | 0.00 | 5909.83 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 | $56,094.03 | $280.47 | $11,387.90 | $5,909.83 | $355,672.76 | $1,719.26 | $49,873.66 |
| Oct-24 | $0.00 | 0.00 | 5909.83 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 | $56,094.03 | $280.47 | $11,668.37 | $5,909.83 | $361,582.59 | $1,748.81 | $51,622.47 |
| Nov-24 | $0.00 | 0.00 | 5909.83 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 | $56,094.03 | $280.47 | $11,948.84 | | | $3,097.44 | $54,719.91 |
| Dec-24 | $0.00 | 0.00 | 5909.83 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 CHILD COMPOUNDED INTEREST | $56,094.03 | $717.00 | $12,665.84 SPOUSAL COMPOUNDED INTEREST | $6,205.32 | $367,787.91 | $1,778.36 | $56,498.27 |
| ADJUSTMENTS - 5% INCREASE TO SPOSAL CSUP 1/1/25 & COMPOUNDED INTEREST | | | 6205.32 | | | 0.00 | 0.00 | $0.00 | $56,094.03 | $280.47 | $12,946.31 | $6,205.32 | $373,993.23 | $1,807.91 | $58,306.18 |
| Jan-25 | $0.00 | 0.00 | 6205.32 | | | 0.00 | 0.00 | $0.00 | $56,094.03 | $280.47 | $13,226.78 | $6,205.32 | $380,198.55 | $1,838.93 | $60,145.11 |
| Feb-25 | $0.00 | 0.00 | 6205.32 | | | 0.00 | 0.00 | $0.00 | $56,094.03 | $280.47 | $13,507.25 | $6,205.32 | $386,403.87 | $1,869.96 | $62,015.07 |
| Mar-25 | $0.00 | 0.00 | 6205.32 | | | 0.00 | 0.00 | $0.00 | $56,094.03 | $280.47 | $13,787.72 | $6,205.32 | $392,609.19 | $1,900.99 | $63,916.06 |
| Apr-25 | $0.00 | 0.00 | 6205.32 | | | 0.00 | 0.00 | -$50,919.61 | $5,174.42 | $280.47 | $14,068.19 | $6,205.32 | $392,609.19 | $1,932.01 | $65,848.07 |
| May-25 | $50,919.61 | 0.00 | 6205.32 | 50919.61 | | 0.00 | 0.00 | -$5,174.42 | $0.00 | -$1,674.39 | $12,393.80 | $0.00 | $398,814.51 | $1,963.04 | $67,811.11 |
| Jun-25 | $13,080.00 | 0.00 | 6205.32 | 5174.42 | 6205.32 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 | $12,393.80 | $6,205.32 | | | |
| Jul-25 | $0.00 | 0.00 | 6205.32 | | | | | | | | | | | | |
| | $185,686.40 | $86,557.09 | $496,243.56 | $86,557.09 | $89,929.05 | $ - | $7,500.00 | | | | | | | | |

**Summary:**

| | | | | | |
|---|---|---|---|---|---|
| Child | $86,557.09 | Child Interest | $14,094.06 | Spousal | $496,243.56 |
| Paid Child | $86,557.09 | Paid Child Interest | $1,700.26 | Paid Spousal | $97,429.05 |
| Bal Owed | $ - | Bal Owed | $12,393.80 | Bal Owed | $398,814.51 |

| | |
|---|---|
| Spsl Interest | $67,811.11 |
| Paid Spsl Interest | $ - |
| Bal Owed | $67,811.11 |

# – Misapplication of Payments by DCSE

## 1. Payments Made Since 2017

DCSE's own audit spreadsheet confirms that Counter-Claimant has made **total payments exceeding $290,000** since this case began in 2017.

## 2. Fully Adjudicated Child Support Balance as of February 1, 2022

As of **February 1, 2022**, DCSE recorded the fully adjudicated **child support arrears balance as $86,557.09, plus interest and fees**. This figure reflects the resolved amount owed on child support, subject only to statutory interest accrual.

## 3. Payments Made Since May 2022

From **May 2022 through June 2025**, DCSE's ledger confirms that Counter-Claimant paid more than **$185,000**.

For example:

- May 2022: $3,448.73 paid.
- June–Dec 2022: $6,897.46 paid nearly every month.
- 2023: regular payments including $6,810.46 most months.
- May 2025: $50,919.61 lump sum payment.
- June 2025: $13,080 payment.

Cumulatively, these payments exceed **twice the adjudicated child support obligation ($86,557.09)**.

## 4. Court-Ordered Payment Hierarchy (March 1, 2019 Order)

The **March 1, 2019 court order** requires that:

1. All payments must first be applied to **child support principal**;

2. Then to **child support interest**;

3. Only after child support is fully satisfied may payments be applied to **spousal support**.

This hierarchy is unambiguous.

## 5. DCSE's Noncompliance with Court Orders

Despite receiving more than sufficient funds to extinguish the entire child support obligation, DCSE's records continue to show a child support balance after June 2025.

This outcome is only possible if DCSE:

- Ignored or bypassed the **March 1, 2019 payment hierarchy**, and
- Redirected substantial payments toward spousal obligations before child support was satisfied.

Such handling is inconsistent with the express language of the Court's order. Had DCSE complied with the mandated hierarchy, the child support obligation would have been fully extinguished long before mid-2025.

# 6. Legal Significance

The evidence establishes that:

- Counter-Claimant has paid **more than double** the adjudicated child support obligation since May 2022.
- Nevertheless, DCSE continues to report an outstanding child support balance.
- This continued reporting is the direct result of DCSE's failure to follow the March 1, 2019 court order.

# 7. Conclusion

The Court should find that:

1. Counter-Claimant's child support obligation was fully satisfied well before June 2025, given payments exceeding $185,000 against an $86,557.09 balance.
2. DCSE's continued reporting of a child support balance results from its willful and deliberate violation of the March 1, 2019 court order.
3. Proper accounting and application of payments is necessary to restore compliance with the Court's order and to credit Counter-Claimant with satisfaction of his child support obligations.

1

# False statements by Mrs. Marni to this Court and US Bankruptcy Court

1. Since March of 2016 until Mrs. Marni applied for Bankruptcy in February of 2019, Mr. Marni made 13 monthly payments, some continuously, and others collectively. Mrs. Marni received this payments, proof exists and can't be deny. Please see payment table on page 2.
2. From March of 2016 until February of 2019 there are 36 months and she received 13 monthly payments. Mrs. Marni claimed on her bankruptcy papers she did not received child/spousal payments for 28 months.  This math does not add up.
3. On November 2nd of 2018, she acknowledge to Judge she did not receive payments for 24-25 months. Again the math does not add up based on the payments made.
4. Between Nov. 2nd, 2018 court date and Mrs. Marni bankruptcy date of Feb. 26th, 2019, there are 4 months. During these four months, she received payments of $ 31,148, or about 5 months of payments. Please refer payment page 2, items 11, 12, 13, 14, 15.
5. She told Judge on Nov. 2, 2018, she did not received payments for 24 months and four months later she wrote on Bankruptcy pages, 28 months of payments were not received.  But as per paragraph 4, she received 5 months of payments between these two dates. Again her statements do not add up.

2

# Payments made since March of 2016 to Ksenija Marni until February of 2019, when Mrs. Marni applied for Bankruptcy

1. November/December 2016 - **$10,000** (about). (Requesting check images from Bank)

2. April 2017 - **$1940** ( For car but she did not sell car and kept the money and to be applied towards child/spousal support) ( Requesting check image from Bank)

3. June 2017 -      **$3000** worth of furniture from Value city and Belmont Furniture

4. July 2017 -      **$3000** – Check image enclosed

5. February 2018 - **$2000** – Check image enclosed

6. April 2018 - **$6615** – Check image enclosed. Paid to DCSE.

7. May 2018 - **$6615** - Check image enclosed. Paid to DCSE.

8. June 2018 - **$6615** - Check image enclosed. Paid to DCSE.

9. July 2018 - **$6615** - Check image enclosed. Paid to DCSE.

10. August - **$6615** - Check image enclosed. Paid to DCSE.

11. November 7th, 2018 - **$10,549** – DCSE – Statement enclosed. Garnished wages.

12. November 20th, 2018 - **$599** – DCSE – Statement enclosed

13. February 1st, 2019 - **$15,000** ( Paid as part of bond money)

14. March 1st, 2019 - **$5000** ( paid as bond money )

15. March 1st, 2019 - **$500** ( Bond release money )

6. From the separation agreement until Mrs. Marni applied for Bankruptcy in late February of 2016, a total of around $ 84,663 was paid to Mrs. Marni. Assuming the monthly payments are about $6615, this equates to 13 monthly payments.

3

# Payments made since June of 2019

16. June 2019 payment - **$6615**

17. July 2019 payment - **$6615**

18. August 2019 payment - **$6615**
    a. Two payments of **$500** each towards arrears as per new contract

19. September 2019 payment - **$6615**
    a. Two payments of **$750** each towards arrears as per new contract

20. October 2019 payment - **$3500** ( second payment on October 16th)
    a. One payment of **$750** towards arrears as per new contract second payment due Oct. 16th.