# EXHIBIT - B

**NOTE ON DOCUMENT LENGTH**: For the sake of brevity and to reduce the volume of the record, the attached exhibits contain only the relevant excerpts of the larger documents. Full versions of these records are available and will be produced upon request.

 **Gmail**

Raj Marni <rajmarni@gmail.com>

---

## My Sincere Apologies

**Bullard, Sue (VDSS)** <sue.a.bullard@dss.virginia.gov>
To: Raj Marni <rajmarni@gmail.com>

Tue, Nov 19, 2024 at 6:57 AM

Mr. Marni:

Thank you for your thoughtful apology. I am now requesting that my supervisor research this case in greater detail, to see if I may have missed anything.

## Please note that . .

- Whenever VA DCSE receives a Court's judgment, it automatically **supersedes any balance(s) showing on our system**. Once an Order is entered and the Appeal period has exhausted, the judgment is then set in stone.
- **VA DCSE** is not Attorneys nor Judges and **we do not** have the power to override a Court's Order. Both you or the custodial parent have the right to file your own Motion directly with the **Loudoun County Circuit Court** and present them with any supporting documentation either of you may have, requesting credit(s) be given and a new judgment be entered, if applicable.
- According to our records, the custodial parent requested case closure **12.09.2019**. This case **closed with our office** from **01.07.2020** through **04.20.2022**.  On **04.21.2022** the custodial parent reopened this case with **VA DCSE**. No statement of payments was required, as she provided **VA DCSE** with a copy of the **Loudoun County Circuit Court Order** that was heard on **04.06.2022** and entered on **04.18.2022,** which adjudicated both child support and spousal support arrears.

## Attached Prior Orders & Judgments for your reference . .

- The **Loudoun Co Circuit Court Order (see attached)** heard on **04.06.2022** and entered on **04.18.2022**; entered an **arrears judgment** adjudicating your arrears as being:

    o **Child Support: $86,557.09 as of 02.01.2022**
    o **Spousal Support: $255,383.15 as of 02.01.2022**
    o **Both payable at the rate of 6% per annum, compounded annually beginning 06.01.2016**

- The **Loudoun County Circuit Court Order (see attached)** entered **03.01.2019** on **Motion for Determination of Child Support and Spousal Support Arrears**. Based on an agreement between the parties, **entered an arrears judgment,** adjudicating your arrears as being:

    o **Child Support: $59,028.55 as of 02.28.2019 (Exhibit #1)**
    o **Spousal Support: $127,764.11 as of 02.28.2019 (Exhibit #2)**
    o **Both payable at the rate of 6% per annum, compounded annually beginning 06.01.2016**

- Your **Separation Agreement (see attached)** entered into by both you and the custodial parent dated **02.08.2016** was incorporated into your **Loudoun County Circuit Court Order (see attached)** (Docket #CL 00107389-00) that was heard on **12.04.2017** and entered on **01.05.2018**, which ordered you to pay the following . .

    o **$2,000 per month** toward **child support** beginning **06.01.2016**
    o which *increases by 5% on January 1st of each year thereafter* . .
    o Entered an arrears judgment for Child Support in the amount of $39,200 as of 12.01.2017.

- o **$4,000 per month** toward **spousal support** beginning 06.01.2016
- o which *increases by 5% on January 1st of each year thereafter . .*
- o Entered an arrears judgment for Spousal Support in the amount of $78.400 as of 12.01.2017.

**Please allow additional time for my supervisor to review this documentation and get back to you.



## VIRGINIA DEPARTMENT OF SOCIAL SERVICES



**DCSE** Division of Child Support Enforcement



**Sue Ann Bullard**
*Support Enforcement Specialist*
Virginia Department of Social Services
PO Box 28450, Richmond, VA 23228
(800) 468.8894 / (540) 722.7518

www.dss.virginia.gov



[Quoted text hidden]

**3 attachments**

📄 **Loudoun Co Circuit Order heard 04062022.VA DCSE Case #0005005576.pdf**
492K

📄 **Loudoun Co Circuit Agreed Order heard 03012019.VA DCSE Case #0005005576.pdf**
122K

📄 **Loudoun Co Circuit Order heard 12172017.VA DCSE Case #0005005576.pdf**
1900K