# EXHIBIT - C

**NOTE ON DOCUMENT LENGTH**: For the sake of brevity and to reduce the volume of the record, the attached exhibits contain only the relevant excerpts of the larger documents. Full versions of these records are available and will be produced upon request.



**VIRGINIA DEPARTMENT OF SOCIAL SERVICES**

**Division of Child Support Enforcement**
PO BOX 28450
Richmond, VA 23228
http://www.dss.virginia.gov/family/dcse/
1-800-468-8894

## Virginia DCSE Payment Record

June 11, 2025

Case Number: 0005005576

Date Range Selected: 01/01/2018 to 06/11/2025

| | |
|---|---|
| Case Number: | 0005005576 |
| Parent Paying Support: | MARNI, RAJ - 0005005589 |
| Parent/Custodian Receiving Support: | TRDIC, KSENIJA - 0005005585 |
| Last Payment Date: | 08/14/2024 |

### Balance Information

| | Owed To | | | Total |
|---|---|---|---|---|
| | Parent/Custodian Receiving Support | Virginia | Other | |
| Arrears | 5,174.42 | 0.00 | 0.00 | 5,174.42 |
| Interest | 1,298.34 | 0.00 | 0.00 | 1,298.34 |
| Fees | 0.00 | 58.30 | 0.00 | 58.30 |
| Subtotal | 6,472.76 | 58.30 | 0.00 | 6,531.06 |
| Unpaid Current Support Charge | 0.00 | 0.00 | 0.00 | 0.00 |
| Total | 6,472.76 | 58.30 | 0.00 | 6,531.06 |

I certify that this is a true copy of the financial record maintained by the Division of Child Support Enforcement.
The support arrearage through 5/31/2025 is $ 6531.06.
Bret H Funk
Authorized Representative