# EXHIBIT - D

**NOTE ON DOCUMENT LENGTH**: For the sake of brevity and to reduce the volume of the record, the attached exhibits contain only the relevant excerpts of the larger documents. Full versions of these records are available and will be produced upon request.

 Gmail

— Kasey Trdic <kaseykcm@gmail.com>

## VA DCSE Case #0005005576 - Compounded Interest Calculations

1 message

Fri, Jun 27, 2025 at 7:09 PM

**Bullard, Sue (VDSS)** <Sue.A.Bullard@dss.virginia.gov>
To: "Kasey Trdic (kaseykcm@gmail.com)" <kaseykcm@gmail.com>

Hello,

As discussed via telephone call earlier this evening, DCSE is not able to do the calculations, based on the following findings . .

- Our legal unit reviewed the orders for the case and has advised that we are not able to calculate the compounded interest that may be due.
- DCSE would need a court order setting the total amount due for child support in order to adjust our records.
- The remaining child support arrears balance is set to be paid off on 6/30/2025 (the night of) with the payment that we have on hold.
- Once that balance is paid, our case will be set for closure as our agency does not enforce spousal support without a child support obligation or arrears balance.
- DCSE cannot keep this case open pending the anticipation of a possible order in December 2025.
- The non-custodial parent will be directed to pay spousal support arrears to you directly, as enforcement actions will be released & your DCSE case will be closed.
- DCSE will have to release our hold on his passport, as since we will no longer show any child support arrears, we won't have the ability to keep our hold in place.
- Should the court enter an order which adjudicates that a child support balance is still owed, you may then apply for services to have this case reopened.

Thanks so much . .

**Sue Ann Bullard**
*Support Enforcement Specialist*
Virginia Department of Social Services
PO Box 28450, Richmond, VA 23228
(800) 468.8894 / (540) 722.7518