# EXHIBIT - E

**NOTE ON DOCUMENT LENGTH**: For the sake of brevity and to reduce the volume of the record, the attached exhibits contain only the relevant excerpts of the larger documents. Full versions of these records are available and will be produced upon request.



TELEPHONE (540) 722-7568
FACSIMILE (540) 722-3492

WINCHESTER DISTRICT OFFICE
629 CEDAR CREEK GRADE SUITE A
WINCHESTER, VA 22601

July 31, 2025

# COMMONWEALTH of VIRGINIA

Mr. Raj Marni
383 Orchid Lane Apt F
Pomona, CA 91766

DEPARTMENT OF SOCIAL SERVICES
DIVISION OF CHILD SUPPORT ENFORCEMENT

Re: DCSE case 5005576

Dear Mr. Marni,

I'm responding to your questions about your child support case with the Virginia Division of Child Support Enforcement (DCSE). I hope the following summary clarifies the status of your case and the steps taken by DCSE.

The DCSE is enforcing court orders from the Loudoun County Circuit Court. A court order dated January 5, 2018, incorporating the Property Settlement Agreement, set your child support at $2,000 per month with a 5% annual increase effective June 1, 2016, and spousal support at $4,000 per month with a 5% annual increase effective the same date. Another order entered by the Loudoun County Circuit Court on February 1, 2019, required 6% annual interest compounded yearly on all arrears starting June 1, 2016. Orders from April 18, 2022, and May 25, 2022, determined your child support arrears to be $86,557.09 and spousal support arrears to be $255,383.15 as of February 1, 2022.

On April 20, 2022, the DCSE received an application for service from Ms. Ksenija Trdic. The child support case was reopened on our system on April 21, 2022. At that time, balances were added to the account based on the adjudicated arrears stated in the April 18, 2022 court order. The case is currently open for the collection of child support interest and spousal current support, arrears, and interest. Current child support is not being charged or collected as all children have emancipated.

On May 16, 2025, the DCSE discovered an accounting error where the 5% annual increase for spousal support was not accurately applied. An adjustment was made to the account on that date to incorporate the 5% increase.

On June 30, 2025, it was discovered that the 6% annual interest that was supposed to be charged on child support arrears had not been applied in the automated system since the case opened on April 21, 2022. An adjustment was made to the account on that date to reflect the interest that should have been charged from that date forward. Additionally on June 30, 2025, questions

about the compounding of interest ordered on February 1, 2019, were escalated to DCSE management. Since the automated child support system does not calculate compounded interest automatically, such amounts would need to be manually calculated.

In July 2025, a full audit of your case was conducted, covering the period from the last court-ordered adjudication of arrears to the present. During the audit, our fiscal team accurately calculated 6% interest on all arrears, factored in the ordered 5% annual increase for monthly spousal support, credited additional payments you made directly to Ms. Trdic in 2022, and compounded interest on all arrearages as ordered by the court. A copy of the audit spreadsheet is included with this letter. Adjustments were made to your account on July 31, 2025, reflecting all balances determined during the audit. As of today, the DCSE system shows your case balances as follows: $12,393.80 in child support interest, $6,205.32 in current spousal support, $392,609.19 in spousal support arrears, and $67,811.11 in spousal support interest. The attached DCSE payment record details the adjustments made to your account on July 31, 2025, based on the audit findings.

A court hearing is set for December 3, 2025, in the Loudoun County Circuit Court, following a motion filed by Ms. Trdic. If the court determines additional balances during that hearing, the DCSE accounting will be updated to reflect the court's decision.

In your inquiries to DCSE, you raised concerns about the allocation of child support payments and referenced your March 1, 2019, court order, which states: "For tax purposes, all payments received will be counted towards the outstanding child support payments first, until paid in full, and then to the spousal support, unless requested otherwise by the plaintiff." After this order was issued, Ms. Trdic applied for agency services and agreed to the payment hierarchy outlined in DCSE policy. According to this hierarchy, payments are first applied to spousal current support each month, with any excess going to child arrears and interest, followed by spousal arrears and interest. The attached spreadsheet and payment record detail the allocation of all payments made through DCSE. Further information about the payment hierarchy and allocation can be found in the DCSE Program Manual, Chapter 11 Section 11.2.E, or Chapter 14 Section 14.4. If the court determines a new balance on December 3, 2025, DCSE will update the account accordingly. Please note that all child support arrears and interest must be fully paid before DCSE can report a $0 balance to the Department of State for your passport.

You also mentioned concerns about misconduct and discrimination involving your assigned case advisor, Ms. Sue Bullard. Ms. Bullard has been your case advisor for a significant period and has consistently worked to address all past and current inquiries from both parents impartially and in line with program guidelines and procedures.

I hope this information is helpful. If you have any further questions, feel free to reach out to your assigned case advisor, Ms. Sue Bullard, or the Senior Specialist, Ms. Kaitlyn Shaner. All future inquiries will be directed and addressed appropriately.

Thank you,

Holly Parker

An Equal Opportunity Agency