# EXHIBIT - F

**NOTE ON DOCUMENT LENGTH**: For the sake of brevity and to reduce the volume of the record, the attached exhibits contain only the relevant excerpts of the larger documents. Full versions of these records are available and will be produced upon request.

VIRGINIA:

IN THE CIRCUIT COURT OF LOUDOUN COUNTY

KSENIJA MARNI,                                    *

      Plaintiff,                                  *

v.                                                *        Case No. CL00107389

RAJ MARNI,                                        *

      Defendant.                                  *

## ORDER

This matter was heard this day <u>March 1, 2019,</u> on the following:

Review of Defendant's purge plan, and review of Defendant's plan and efforts in obtaining employment and meeting monetary and non-monetary obligations, pursuant to the PSA, as ordered by this Court on February 1, 2019.

It appearing that this Court has jurisdiction to hear and determine this matter, that each party entitled to notice has been notified;
It further appearing based upon the agreement of the parties that this Order should be entered, it is therefore,

ORDERED as follows:

<u>Monetary provision of the PSA:</u>

Defendant to pay, by depositing the money, by the due date (unless otherwise provided) into Plaintiff's bank account herewith attached in a private Addendum:

1. $6,945.75 current monthly payments for child support and spousal support beginning May 1, 2019. For tax purposes, all payments received will be counted towards the

outstanding child support payments first, until paid in full and then to the spousal support, unless requested otherwise by the Plaintiff.

2. $11,455 Daughter's support payment plus 6 % compounded interest (per November 2, 2018 Court's Order, and February 1, 2019 Court's Order for interest) in the "Lump Sum Monthly Installment Payments" listed below.

3. A portion of arrears for Spousal Support in the "Lump Sum Monthly Installment Payments" listed below. The remaining arrears along with the 6% compounded annual interest shall be calculated and paid in lump sum on or before May 1, 2020.

4. $2000 attorney fees in "Lump Sum Monthly Installment Payments" listed below. Compounded annual interest rate of 6% is not included in this payment and will be paid separately. As of March 1, 2019, the arrears are $2205 (Exhibit 1).

5. Appellate damages of $10,457 plus 6% compounded annual interest rate on or before September 21, 2019.

6. Loan payments for Prosper and Circle Bank to be made as follows:

    a. Prosper loan arrears (including 6% compounded annual interest) as of March 1, 2019 are: $10,261.10 (Exhibit 2). There are 24 payments remaining at $278.93/moth.

    b. Circle Bank loan arrears (including 6% compounded annual interest) as of March 1, 2019 are: $27,416.29 (Exhibit 3). There are 23 payments remaining at $745.27/month.

    c. Payments for the above 2 loans are to be made as follows:
        i. $18,838.70 ~~on September 1, 2019~~ march 15, 2020
        ii. $18,838.70 ~~on December 1, 2019~~ May 15, 2020
        iii. The remaining arrears balance (plus 6% compounded annual interest) from March 1, 2019 until paid, and all the remaining payments on the loan are to be paid off in one lump sum on August 1, 2020.

7.  Repayment of $3,214.92 PSA, Paragraph 35 shall be paid on November 15, 2019.

8.  Parent Plus Loan obtained by the Plaintiff for their daughter's college: Plaintiff to provide an initial statement to the Defendant with payment amounts and due dates once it's received. Payments expect to begin at the end of daughter's graduation in the summer of 2019. Defendant to make monthly payments directly to the Plaintiff, by depositing the monthly payment amount, at least 30 days prior to the due date, into Plaintiff's bank account herewith attached in a private Addendum. The monthly payments shall be made for 12 months, after which the remaining balance will be paid in full directly to the Education department on behalf of the Plaintiff. Proof of paid off loan to be provided to the Plaintiff.

9.  Per PSA, paragraph 36, Defendant to provide a down payment of 5% and assist in the purchase of home for the Plaintiff upon 90 day notice from the Plaintiff of her intention to buy a home.

10. Plaintiff's Outstanding VA Department of Taxation obligation incurred by the Defendant: The Plaintiff to provide a negotiated amount with the VA Tax to the Defendant. Defendant to pay $8,677 resulting out of State Tax offset from tax refunds due to the Plaintiff and a negotiated amount with the State on or before Dec 1, 2020.

**Lump Sum Monthly Installment Payments (applied towards child support obligation first):**

1.  $30,000 on Jun 15, 2019
2.  $30,000 on Aug 15, 2019
3.  43,000 on Oct 15, 2019
4.  $43,000 on Dec 15, 2019

Non-monetary provisions of the PSA:

1.  Defendant to provide, by March 15, 2019, proof of Life Insurance of $1,000,000, naming the Plaintiff as the beneficiary, per PSA dated February 8, 2016, Paragraph 37.

2. Per PSA, Paragraph 28, Defendant to allocate 5% of shares of his equity in Samurai Technology Corporation to the Plaintiff, 5% of his shared to Clarissa Marni and 5% of his shares to Mark Marni, by April 31, 2019.

3. Defendant to provide health insurance, dental and vision insurance by April 30, 2019 for the Plaintiff and their 2 children, per PSA dated February 8, 2016, Paragraph 15.

4. Defendant to inform the Plaintiff of change of his address at least 15 days in advance.

5. Defendant to provide Plaintiff proof of diligently seeking full time employment in IT field, similar to a position previously held at DataStax, as well as consulting work. Defendant to provide a list of companies, along with contact information for each position applied for, on a weekly basis to the Plaintiff. Defendant to apply to a minimum of 10 positions per week until he obtains employment sufficient to meet all his obligations under the Court's Order.

THIS MATTER IS SET FOR MAY 3, 2019 @ 2PM FOR REVIEW AND ENFORCEMENT IF NECESSARY

ENTERED this 1st day of March, 2019.

_____
JUDGE

SEEN & _Agreed_____:

Ksenija Marni, Plaintiff *Pro Se*
43266 Baltusrol Ter
Ashburn, VA 20147
PH: 703-234-2880
kmarni@hotmail.com

SEEN &

Raj Marni, Defendant, *Pro Se*

13622 Cedar Run Ln

Herndon, VA 20171

PH: 571-880-2016

rajmarni@gmail.com