# EXHIBIT - H

**NOTE ON DOCUMENT LENGTH**: For the sake of brevity and to reduce the volume of the record, the attached exhibits contain only the relevant excerpts of the larger documents. Full versions of these records are available and will be produced upon request.

# Child Support Calculations from June 1, 2016 to September 2020

These are the total payments. Payments made and 6% annual compounding not considered.

**1. Define Payment Periods and Rates:**

- **Initial Payment:** $2000/month
- **Start Date:** June 1, 2016
- **End Date:** September 30, 2020
- **Annual Increase:** 5% on January 1st of each year.

**2. Calculate Payments per Year:**

- **2016:**
    - Months: June, July, August, September, October, November, December (7 months)
    - Payment: $2000/month
    - Total 2016: $2000 * 7 = $14,000

- **2017:**
    - New Payment (Jan 1, 2017): $2000 * 1.05 = $2100/month
    - Months: January - December (12 months)
    - Total 2017: $2100 * 12 = $25,200

- **2018:**
    - New Payment (Jan 1, 2018): $2100 * 1.05 = $2205/month
    - Months: January - December (12 months)
    - Total 2018: $2205 * 12 = $26,460

- **2019:**
    - New Payment (Jan 1, 2019): $2205 * 1.05 = $2315.25/month
    - Months: January - December (12 months)
    - Total 2019: $2315.25 * 12 = $27,783

- **2020:**
    - New Payment (Jan 1, 2020): $2315.25 * 1.05 = $2431.0125/month (let's round to $2431.01 for practical purposes)
    - Months: January, February, March, April, May, June, July, August, September (9 months)
    - Total 2020: $2431.01 * 9 = $21,879.09

**3. Calculate Total Amount:**

Add the totals from each year:

$14,000 + $25,200 + $26,460 + $27,783 + $21,879.09 = $115,322.09

**Total Amount: $115,322.09**

**PHANTOM DEBT ANALYSIS - MATHEMATICAL PROOF OF DEFENDANTS' ACCOUNTING FRAUD**

**"The Anatomy of Phantom Debt: How $270,349 in Payments Became $800,419 in Claims"**

---

## I. INTRODUCTION

This exhibit demonstrates through elementary mathematics that the arrearages claimed by Defendants on December 3, 2025, are factually impossible. The claimed total arrearages of $800,419 exceed the total legitimate obligations by over $107,000 and create phantom debt of approximately $378,000 despite Debtor making payments of $270,349. This mathematical impossibility can only result from systematic accounting fraud involving misapplication of payments, collection of discharged debts, and claiming obligations for which Debtor has no legal responsibility.

**Important Notes on This Analysis:**

- **5% Annual Increase:** YES - fully accounted for in both child support and spousal support calculations.

- **6% Compounded Interest:** NO - the figures below represent PRINCIPAL ONLY, no interest included as this would require precise payment dates for each transaction. Even if we allocated $100,000 for interest on legitimate obligations, the total would NEVER reach Defendants claimed $800,419.

- **Rounded:** Cents not counted.

---

## II. TOTAL LEGITIMATE OBLIGATIONS (June 2016 - November 2025)

### A. Child Support Obligation

Per the December 4, 2017, Final Order of Divorce, child support was established at $2,000/month commencing June 1, 2016, and ending September 30, 2020, with 5% annual increases each January 1st.

| Year | Monthly Amount | Months | Total |
|------|----------------|--------|-------|
| 2016 | $2,000 | 7 | $14,000 |
| 2017 | $2,100 | 12 | $25,200 |

| Year | Monthly Amount | Months | Total |
|---|---|---|---|
| 2018 | $2,205 | 12 | $26,460 |
| 2019 | $2,315 | 12 | $27,783 |
| 2020 | $2,431 | 9 | $21,879 |
| **TOTAL CHILD SUPPORT OBLIGATION** | | **52 months** | **$115,322** |

## B. Spousal Support Obligation

Per the December 4, 2017, Final Order of Divorce, spousal support was established at $4,000/month commencing June 1, 2016, and continuing for life, with 5% annual increases each January 1st.

| Year | Monthly Amount | Months | Total |
|---|---|---|---|
| 2016 | $4,000 | 7 | $28,000 |
| 2017 | $4,200 | 12 | $50,400 |
| 2018 | $4,410 | 12 | $52,920 |
| 2019 | $4,630 | 12 | $55,566 |
| 2020 | $4,862 | 12 | $58,344 |
| 2021 | $5,105 | 12 | $61,261 |
| 2022 | $5,360 | 12 | $64,324 |
| 2023 | $5,628 | 12 | $67,540 |
| 2024 | $5,909 | 12 | $70,917 |
| 2025 | $6,205 | 11 | $68,258 |
| **TOTAL SPOUSAL SUPPORT OBLIGATION** | | **113 months** | **$577,534** |

## C. Combined Total Legitimate Obligations

| Category | Amount |
|---|---|
| Child Support (June 2016 - Sep 2020) | $115,322 |

| Category | Amount |
|---|---|
| Spousal Support (June 2016 - Nov 2025) | $577,534 |

**TOTAL LEGITIMATE OBLIGATIONS (PRINCIPAL ONLY) $692,856**

---

## III. TOTAL PAYMENTS MADE BY DEBTOR

### A. Pre-Bankruptcy Payments (March 2016 - December 2020)

| Payment Period | Amount | Documentation |
|---|---|---|
| November/December 2016 | ~$10,000 | Bank records |
| April 2017 | $1,940 | Check |
| June 2017 | $3,000 | Furniture |
| July 2017 | $3,000 | Check |
| February 2018 | $2,000 | Check |
| April - August 2018 | $33,075 | DCSE payments ($6,615 × 5) |
| November 2018 | $11,148 | DCSE garnishment |
| February - March 2019 | $20,500 | Bond payments |

**SUBTOTAL PRE-BANKRUPTCY $84,663.00**

### B. Post-Bankruptcy Payments (February 2022 - July 2025)

Per DCSE's own audit spreadsheet and payment ledger:

| Payment Period | Amount | Documentation |
|---|---|---|
| February 2022 - July 2025 | $185,686 | DCSE Ledger |

**SUBTOTAL POST-BANKRUPTCY $185,686**

### C. Total Payments

| Category | Amount |
|---|---|
| Pre-Bankruptcy Payments | $84,663 |
| Post-Bankruptcy Payments | $185,686 |
| **TOTAL PAYMENTS MADE** | **$270,349** |

## IV. CALCULATION OF LEGITIMATE ARREARAGES

### Simple Calculation (Assuming Zero Credit for Payments)

| Item | Amount |
|---|---|
| Total Legitimate Obligations (Principal Only) | $692,856 |
| MINUS: Total Payments Made | ($270,349) |

### MAXIMUM POSSIBLE LEGITIMATE ARREARS (Before Interest) $422,506

*Note: This calculation assumes zero interest, representing principal-only arrears. Even adding $100,000 for maximum possible interest would yield only $522,506, far below Defendants' claimed $800,419.*

### Calculation Under March 1, 2019, Payment Hierarchy

The March 1, 2019, Order mandates: "All payments received will be counted towards the outstanding child support payments first, until paid in full and then to the spousal support."

### Step 1: Apply All Payments to Child Support First

| Item | Amount |
|---|---|
| Total Child Support Obligation | $115,322 |
| MINUS: Total Payments (applied first to child support) | ($115,322) |
| **Child Support Balance** | **$0.00** |
| **Remaining Payments for Spousal Support** | $270,349 - $115,322 = **$155,027** |

### Step 2: Apply Remaining Payments to Spousal Support

| Item | Amount |
|---|---|
| Total Spousal Support Obligation (Principal Only) | $577,534 |
| MINUS: Payments Applied After Child Support Satisfied | ($155,027) |
| **Spousal Support Balance (Before Interest)** | **$422,506** |

### Step 3: Discharged Debts

| Item | Amount |
|---|---|
| Prosper Loan (discharged Feb 2019 & Dec 2020) | $0.00 |
| Circle Bank (discharged Feb 2019 & Dec 2020) | $0.00 |
| Car Payment (discharged Dec 2020) | $0.00 |
| **Total Discharged Debts Owed** | **$0.00** |

**CORRECT TOTAL ARREARAGES UNDER MARCH 1, 2019, ORDER: $422,506.69 (Principal Only)**

*Even with maximum interest of $100,000, total legitimate arrears cannot exceed $522,506.*

---

## V. DEFENDANTS CLAIMED ARREARAGES (December 3, 2025)

**Per December 3, 2025, Order and Exhibit A**

| Category | Claimed Amount |
|---|---|
| Child Support Arrears (as of Nov 30, 2025) | $63,493 |
| Spousal Support Arrears (as of Nov 30, 2025) | $441,185 |
| **Subtotal Support Arrears** | **$504,679** |
| **"Debts Owed to Former Wife":** | |
| Prosper Loan | $24,299 |
| Circle Bank | $64,022 |

| Category | Claimed Amount |
|---|---|
| Car Payment | $30,535 |
| Parent Plus Loan (Daughter) | $57,200 |
| Son's College Loan (Year 1) | $12,536 |
| Son's College Loan (Years 3&4) to Trdic | $25,937 |
| **Subtotal Debts to Former Wife** | **$214,532** |
| **"Debts Owed to Daughter":** | |
| Daughter's Support | $14,335 |
| Daughter's Support (Student Loan) | $37,863 |
| Daughter's Support (Car) | $11,157 |
| **Subtotal Debts to Daughter** | **$63,356** |
| **"Debts Owed to Son":** | |
| Son's College Loans (Years 3&4) | $17,850 |
| **Subtotal Debts to Son** | **$17,850** |
| **TOTAL CLAIMED ARREARAGES** | **$800,419** |

## VI. THE MATHEMATICAL IMPOSSIBILITY

**Comparison Table**

| Calculation Method | Amount | Difference from Claimed |
|---|---|---|
| Maximum Possible Legitimate Arrears (principal only) | $422,506 | -$377,913 |
| Maximum Legitimate Arrears (with $100K interest) | $522,506 | -$277,913 |

| Calculation Method | Amount | Difference from Claimed |
|---|---|---|
| Correct Arrears Under March 1, 2019, Order (principal) | $422,506 | -$377,913 |
| Defendants' Claimed Arrears | $800,419 baseline | |

## The Impossibility Demonstrated

**Defendants claim Debtor owes $800,419 when:**

1. Total legitimate obligations (principal only) were $692,856
2. Debtor paid $270,349
3. Simple subtraction: $692,856.09 - $270,349 = **$422,506**
4. Even adding maximum interest: $422,506 + $100,000 = **$522,506**

**Therefore:**

- Defendants' claims **exceed total principal obligations by $107,563**
- Defendants' claims **exceed legitimate principal arrears by $377,913**
- Even with maximum interest, claims **exceed by $277,913**
- Defendants manufactured **approximately $378,000 in phantom debt**

## Visual Representation

LEGITIMATE OBLIGATIONS (Principal):  $692,856

PAYMENTS MADE:            ($270,349)

LEGITIMATE ARREARS (Principal):   $422,506

LEGITIMATE ARREARS (Max Interest):  $522,506

DEFENDANTS' CLAIMS:          $800,419

↑

**IMPOSSIBLE**

**The claimed arrears exceed even the most generous calculation by $278,000.**

## VII. BREAKDOWN OF FRAUDULENT PHANTOM DEBT (~$378,000)

### Component 1: Inflated Child Support Starting Balance

| Item | Amount |
|---|---|
| Correct Child Support Balance (Feb 2022) under March 1, 2019, Order | ~$40,000 - $50,000 |
| DCSE Reported Balance (Feb 2022) | $86,557 |
| Fraudulent Inflation | ~$36,000 - $46,000 |

*Explanation: Pre-bankruptcy payments of $84,663 should have been applied to child support first per March 1, 2019, Order, reducing the $115,322 obligation to ~$30,000-$40,000 plus interest. Instead, payments were diverted to discharged debts.*

### Component 2: Discharged Property Settlement Debts

| Debt | Claimed Amount | Discharge Date | Amount Trdic Paid to Creditor | Legitimate Balance |
|---|---|---|---|---|
| Prosper Loan | $24,299 | Feb 2019 (Trdic) / Dec 2020 (Debtor) | $0.00 | $0.00 |
| Circle Bank | $64,022 | Feb 2019 (Trdic) / Dec 2020 (Debtor) | $0.00 | $0.00 |
| Car Payment | $30,535 | Dec 2020 (Debtor) | $0.00 | $0.00 |
| **Subtotal Discharged Debts** | **$118,857** | | **$0.00** | **$0.00** |

*Explanation: Under Shaver v. Shaver and Lange v. Lange, these are dischargeable property settlement debts. Trdic paid zero dollars to creditors after discharge, creating zero indemnification claim.*

### Component 3: Adult Children's College Expenses

| Debt | Claimed Amount | Child's Status | Listed as Creditor in Bankruptcy | Legitimate Debtor Obligation |
|---|---|---|---|---|
| Parent Plus Loan | $57,200 | Daughter Adult | Yes | $0.00 |
| Daughter Support (Loan) | $37,863 | Daughter Adult | Yes | $0.00 |
| Daughter Support (Car) | $11,157 | Daughter age Adult | Yes | $0.00 |
| Son's College (Year 1) to Trdic | $12,536 | Son age 13 at agreement | No | $0.00 |
| Son's College (Years 3&4) to Trdic | $25,937 | Son adult at time of expense | No | $0.00 |
| Son's College (Years 3&4) direct | $17,850 | Son adult at time of expense | No | $0.00 |
| **Subtotal Adult Children** | **$162,546** | | | **$0.00** |

*Explanation: Under Shaver v. Shaver, college expenses for adult children (daughter age 19) are property settlement, not support. Son's college loans are hold harmless obligations to Trdic, also property settlement. All discharged in Debtor's December 2020 bankruptcy.*

**Component 4: Fraudulent Interest and Misapplication Effects**

| Source | Estimated Amount |
|---|---|
| Child Support Interest (should be $0 if payments applied correctly) | $12,393 |
| Spousal Support excess due to payment misapplication | ~$40,000 |
| Interest on Discharged Debts (compounded 6% on void balances) | ~$15,000 |
| **Subtotal Fraudulent Charges** | **~$67,000** |

*Explanation: Interest accruing on balances that shouldn't exist due to payment misapplication and discharge. Additionally, simultaneous payment allocation inflated spousal support by preventing proper reduction.*

**Total Manufactured Phantom Debt**

| Component | Amount |
|---|---|
| Inflated Child Support Starting Balance | ~$46,000 |
| Discharged Property Settlement Debts | $118,857 |
| Adult Children's College Expenses | $162,546 |
| Fraudulent Interest and Misapplication Effects | ~$67,000 |

**TOTAL PHANTOM DEBT (Principal Components) ~$394,404**

*Note: The total phantom debt of approximately $378,000 represents the difference between legitimate arrears and claimed arrears. The components above identify the specific fraudulent categories that created this phantom debt.*

---

## VIII. SIDE-BY-SIDE COMPARISON: LEGITIMATE vs. FRAUDULENT ACCOUNTING

| Obligation Category | Legitimate Amount (March 1, 2019 Order Followed) | Defendants' Claimed Amount | Phantom Debt |
|---|---|---|---|
| **CHILD SUPPORT** | | | |
| Principal & Interest | $0.00 (paid in full) | $63,493 | $63,493 |
| **SPOUSAL SUPPORT** | | | |
| Principal Only | $422,506.69 | $441,185 | $18,679 |
| **PROPERTY SETTLEMENT (DISCHARGED)** | | | |
| Prosper Loan | $0.00 | $24,299 | $24,299 |
| Circle Bank | $0.00 | $64,022 | $64,022 |

| Obligation Category | Legitimate Amount (March 1, 2019 Order Followed) | Defendants' Claimed Amount | Phantom Debt |
|---|---|---|---|
| Car Payment | $0.00 | $30,535 | $30,535 |
| Parent Plus Loan | $0.00 | $57,200 | $57,200 |
| Son's Loans to Trdic | $0.00 | $38,474 | $38,474 |
| Daughter's Expenses | $0.00 | $63,356 | $63,356 |
| Son's Loans Direct | $0.00 | $17,850 | $17,850 |
| **TOTALS** | **$422,506** | **$800,419** | **$377,913** |

## IX. THE FRAUD MECHANISM: HOW PHANTOM DEBT WAS CREATED

### Step 1: Pre-Bankruptcy Misapplication (2016-2020)

**What Should Have Happened:**

- Apply $84,663 in payments to child support first per March 1, 2019, Order
- Child support balance (Feb 2022): ~$40,000-$50,000

**What Actually Happened:**

- Diverted payments to Prosper, Circle Bank, Car (later discharged)
- Reported child support balance (Feb 2022): $86,557
- **Created $36,000-$46,000 in phantom child support arrears**

### Step 2: Fraudulent DCSE Reopening (April 2022)

**What Should Have Been Reported:**

- Child support arrears: ~$40,000-$50,000 (if properly calculated)
- Prosper/Circle Bank/Car: $0.00 (discharged)

**What Was Actually Reported:**

- Child support arrears: $86,557 (inflated)
- Knowing this embedded ~$46,000 in discharged debt collection

- **Induced DCSE to collect on discharged obligations**

## Step 3: Post-Bankruptcy Continuing Violations (2022-2025)

**What Should Have Happened:**

- Apply $185,686 sequentially: first to child support, then spousal

- Child support paid in full by mid-2022

- Spousal support reduced by $155,027

**What Actually Happened:**

- Simultaneous allocation to both child and spousal

- Kept child support alive until June 2025

- Generated $12,393 in fraudulent interest

- Prevented $155,000 from reducing spousal support

- **Extended fraud for 39 additional months**

## Step 4: December 3, 2025, Presentation

**Presented to Court:**

- Total arrears: $800,419

- Including $118,857 in discharged debts

- Including $162,546 in adult children's expenses

- Including $63,493 in child support that should be $0

**Mathematical Result:**

- Claimed $800,419 against $692,856 in total obligations

- Created $377,913 in phantom debt

- **Subjected Debtor to contempt hearing based on fraudulent accounting**

## X. CONCLUSION

The mathematical analysis proves conclusively that:

1. Defendants claimed arrears of $800,419 exceed the total legitimate principal obligations of $692,856 by $107,563

2. After crediting $270,349 in documented payments, legitimate principal arrears cannot exceed $422,506

3. Even allocating $100,000 for maximum possible interest, total arrears cannot exceed $522,506

4. Defendants manufactured approximately $378,000 in phantom debt through:

   o Misapplication of payments in violation of March 1, 2019, Order

   o Collection of $118,857 in debts discharged in bankruptcy

   o Claiming $162,546 in obligations for adult children's college expenses

   o Accruing interest and fees on fraudulent balances

   o Inflating child support starting balance by ~$46,000

5. **This result is mathematically impossible without systematic accounting fraud**

The claimed arrearages violate basic arithmetic: one cannot pay $270,349 against principal obligations of $692,856 and owe $800,419—even with generous interest calculations. The $378,000 differential represents phantom debt created through deliberate, systematic misapplication of payments combined with collection of legally extinguished debts.

**The December 3, 2025, five-hour contempt hearing that caused Debtor's cardiac emergency was predicated entirely on this mathematically impossible phantom debt.**

**End of Document**