# EXHIBIT - J

**NOTE ON DOCUMENT LENGTH**: For the sake of brevity and to reduce the volume of the record, the attached exhibits contain only the relevant excerpts of the larger documents. Full versions of these records are available and will be produced upon request.

# LeBar InfoTech

Digital Infrastructure | FinTech | Compliance

**LeBar InfoTech Turkey A.Ş.**
Altinova Sinah, Mah. Sevil Sk No. 3, Kapi 17
Antalya, Turkey

**Ref. No.:** LIT-2026-0225-RAM
**Date:** February 14, 2026

**Addressee:** Mr. Raj Marni
**Subject:** Patent Licensing and Consulting Agreement —
Confirmation of Terms

## OFFICIAL ENGAGEMENT CONFIRMATION LETTER
*and Notice of Absolute Cancellation Deadline*

Dear Mr. Marni:

LeBar InfoTech Turkey A.Ş. (hereinafter "the Company") is pleased to issue this official engagement confirmation letter setting forth the material terms of the executed Patent Licensing and Consulting Agreement ("the Agreement") entered into between the Company and **Mr. Raj Marni**, engaged as **Chief Architect and IT Consultant**, currently residing in Irvine, California, United States of America.

This letter confirms that the Agreement is fully executed, currently in force, and sets out the terms under which Mr. Marni is engaged. The Company looks forward to Mr. Marni's on-site commencement and is prepared to be contacted for independent verification of any matter stated herein.

## 1. CONFIRMATION OF THE EXECUTED AGREEMENT

The Agreement between the Company and Mr. Marni has been fully executed and is currently in force. It governs the exclusive licensing of Mr. Marni's proprietary financial technology intellectual property portfolio to LeBar InfoTech Turkey, and the provision by Mr. Marni of on-site implementation, architecture, and consulting services within the MENAT (Middle East, North Africa, and Turkey) region.

The material commercial terms of the Agreement are set out below:

| | |
|---|---|
| **Consultant Role** | Chief Architect / IT Consultant |
| **Patent License Fee** | USD $2,000.00 per patent, per day of active on-site implementation |
| **Number of Patents Licensed** | Five (5) U.S. provisional patent applications:<br>App. No. 63/852,760 \| App. No. 63/853,171 \| App. No. 63/853,409 |

| | App. No. 63/854,325 | App. No. 63/854,464 (Total license income: USD $10,000.00 per day at full capacity) |
|---|---|
| **Consulting Hourly Rate** | USD $225.00 per hour — no cap on billable hours |
| **Physical Presence Requirement** | On-site physical presence in the MENAT region is a mandatory precondition for all financial compensation. Remote or virtual participation does not trigger licensing fees or consulting compensation. |
| **Agreement Status as of This Date** | Fully executed. Active and in good standing, subject to the deadline set forth in Section 3 of this letter. |

## 2. STRATEGIC CONTEXT AND URGENCY

Mr. Marni's portfolio of five provisional patent applications encompasses proprietary technologies in distributed financial network compliance, digital asset infrastructure, token traceability, and cryptographic auditability. These technologies directly address regulatory obligations now mandated by the Guiding and Establishing National Innovation for U.S. Stablecoins Act (the GENIUS Act), signed into federal law on July 18, 2025.

The passage of the GENIUS Act has created a narrow and highly competitive implementation window for compliant stablecoin and digital currency infrastructure across the MENAT market. LeBar InfoTech Turkey has identified Mr. Marni's specific intellectual property as the optimal solution for its client obligations during this window. The Company has committed significant internal resources, planning, and third-party client commitments in reliance on Mr. Marni's participation commencing on or before the deadline stated in Section 3.

## 3. ABSOLUTE DEADLINE FOR COMMENCEMENT — APRIL 15, 2026

We draw your attention, in the strongest possible terms, to the following contractual provision:

**PERMANENT CANCELLATION CLAUSE:** Mr. Raj Marni must be physically present, on-site, and operationally commenced in the MENAT region on or before April 15, 2026. This deadline is absolute, non-negotiable, and non-waivable. Failure to meet this condition — regardless of cause — will result in **the immediate, permanent, and irrevocable cancellation of the Agreement**. No extension, reinstatement, or substitute arrangement is possible after this date.

The Company expressly confirms the following for your reference and records:

(a) The April 15, 2026, deadline was established at the time of contracting and reflects the Company's binding obligations to its own clients and the competitive constraints of the post-GENIUS Act implementation window. It is not subject to renegotiation under any circumstances.

(b) No oral or written modification extending this deadline has been granted or agreed to, and the Company is not in a position to offer any such modification.

(c) If Mr. Marni fails to appear on-site by April 15, 2026, for any reason — including but not limited to legal restrictions, travel impediments, passport limitations, court orders, incarceration, or health circumstances — the Agreement will be permanently cancelled and the Company will procure alternative solutions. The opportunity will not be available to Mr. Marni in any subsequent form.

(d) The projected income of USD $10,000 per day in licensing fees and USD $225 per hour in consulting fees is entirely contingent upon Mr. Marni's physical on-site presence. These revenue streams are structurally impossible to generate in any remote or virtual capacity. They cease to exist in their entirety if the Agreement is cancelled.

## 4. NEXT STEPS AND COMMENCEMENT REQUIREMENTS

In order to activate the Agreement and commence the engagement, we wish to confirm the following steps and expectations with you directly:

First — Your provisional patent portfolio and the executed Agreement represent verified, documented assets providing substantial and real income-generating capacity. We are fully prepared to confirm the terms and standing of this Agreement to any party requiring independent verification.

Second — Your physical presence on-site in the MENAT region on or before April 15, 2026 is the sole and mandatory precondition for all compensation under this Agreement. We strongly encourage you to take all steps necessary to ensure your travel and arrival by that date without exception.

Third — Should you require any additional documentation, written confirmation of terms, or a direct call with our authorized signatory for any purpose — including for presentation to any legal, financial, or government body — please do not hesitate to contact us using the details provided in Section 5 below.

## 5. CONTACT FOR VERIFICATION

Should you or any party require independent verification of the contents of this letter or the terms of the Agreement, please contact the undersigned authorized signatory directly:

| Full Name | Vadym Kyluchevsky AtliNova Sinah Mah. Seveil Sk No;3, Kapi 17, Antalya, Turkey |
|---|---|
| Designation | Authorized Signatory, LeBar InfoTech Turkey A.Ş. |
| Office Location | Antalya, Turkey / Dubai, United Arab Emirates |

We look forward to your commencement on-site and to a productive and successful engagement. Please do not hesitate to reach out with any questions regarding the terms of the Agreement or your onboarding logistics.

We are committed to this engagement and to Mr. Marni's success in the MENAT region.

Sincerely,

*Vadym Kyluchevsky*

**Vadym Kyluchevsky**
Authorized Signatory
**LeBar InfoTech Turkey A.Ş.**
Antalya, Turkey | Dubai, UAE

Date:    14/02/2026

---

*This letter constitutes an official communication of LeBar InfoTech Turkey A.Ş. and may be relied upon as such by any court of competent jurisdiction.*