# EXHIBIT - L

**NOTE ON DOCUMENT LENGTH**: For the sake of brevity and to reduce the volume of the record, the attached exhibits contain only the relevant excerpts of the larger documents. Full versions of these records are available and will be produced upon request.

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Eastern District of Virginia

Case number (*if known*): _____

Chapter you are filing under:
- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**FILED**

2019 FEB 26  P 3:04

CLERK
US BANKRUPTCY COURT
ALEXANDRIA DIVISION

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy    12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name** Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | Ksenija <br> First name <br><br> _____ <br> Middle name <br> Marni <br> Last name <br><br> _____ <br> Suffix (Sr., Jr., II, III) | _____ <br> First name <br><br> _____ <br> Middle name <br><br> _____ <br> Last name <br><br> _____ <br> Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years** Include your married or maiden names. | Kasey <br> First name <br> Marni <br> Middle name <br> Last name <br> Ksenija <br> First name <br> T. <br> Middle name <br> Marni <br> Last name | _____ <br> First name <br> _____ <br> Middle name <br> _____ <br> Last name <br> _____ <br> First name <br> _____ <br> Middle name <br> _____ <br> Last name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | XXX – XX – 7 5 0 0 <br> OR <br> 9 XX – XX – ___ ___ ___ ___ | XXX – XX – ___ ___ ___ ___ <br> OR <br> 9 XX – XX – ___ ___ ___ ___ |

Debtor 1   **Ksenija** _____ **Marni** ___   Case number (if known)_____
First Name    Middle Name    Last Name

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes ........................... Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

_____   $_____0.00
_____   $_____
_____   $_____
_____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific
information about them....   [_____]   $_____0.00

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☐ No
☑ Yes. Give specific
information about them....   [Internet domain: lifestyleassociates.com]   $_____1.00

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☐ No
☑ Yes. Give specific
information about them....   [Real Estate Broker license]   $_____1.00

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

☐ No
☑ Yes. Give specific information
about them, including whether
you already filed the returns
and the tax years. ...............   [Draft 2018 tax return, not yet filed
Refund (based on EIC): $447]

| | |
|---|---|
| Federal: | $_____447.00 |
| State: | $_____ |
| Local: | $_____ |

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☐ No
☑ Yes. Give specific information.............   [Per divorce, court ordered the support
payments. Ex-spouse was incarcerated, has
no job. He hasn't paid support payments for
28 months.]

| | |
|---|---|
| Alimony: | $_____118,227.00 |
| Maintenance: | $_____38,933.00 |
| Support: | $_____52,433.00 |
| Divorce settlement | $_____12,577.00 |
| Property settlement: | $_____ |

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information.............   [_____]   $_____0.00

Official Form 106A/B          Schedule A/B: Property          page 7

| Debtor 1 | Ksenija | Marni | Case number (if known) _____ |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

## Part 2:    Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| **Brief description:** Wedding & Eng ring<br>**Line from Schedule A/B:** 12 | $ 1,200.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | CV § 34-26(1)(a) |
| **Brief description:** Retirement accounts<br>**Line from Schedule A/B:** 21 | $ 12,089.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522, CV 34-34 VA law exemption per Federal law |
| **Brief description:** Tax Refund EIC<br>**Line from Schedule A/B:** 28 | $ 447.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | CV § 34-26 (9)<br>§32 of IRS Code of 1986 amended |
| **Brief description:** Unpaid Famly Supprt<br>**Line from Schedule A/B:** 29 | $ 170,660.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | CV § 34-26 (10) |
| **Brief description:** Equipment for biz<br>**Line from Schedule A/B:** 39 | $ 500.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | CV § 34-26 (7) |
| **Brief description:** Household Furnishing<br>**Line from Schedule A/B:** 6 | $ 1,200.00 | ☑ $ 1,200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | CV § 34-26(4)(a) |
| **Brief description:** Firearms<br>**Line from Schedule A/B:** 10 | $ 800.00 | ☑ $ 800.00<br>☐ 100% of fair market value, up to any applicable statutory limit | CV § 34-26(4)(b) |
| **Brief description:** Car 2007 MB SL550<br>**Line from Schedule A/B:** 3 | $ 1.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | CV § 34-26(8) |
| **Brief description:** _____<br>**Line from Schedule A/B:** ___ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| **Brief description:** _____<br>**Line from Schedule A/B:** ___ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| **Brief description:** _____<br>**Line from Schedule A/B:** ___ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| **Brief description:** _____<br>**Line from Schedule A/B:** ___ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |

Official Form 106C    Schedule C: The Property You Claim as Exempt    page 2 of 2

Debtor 1   **Ksenija**      **Marni**      Case number (if known)_____
     First Name     Middle Name     Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

                                                                                                          **Total claim**

### 4.7 Discover Financial Services

Nonpriority Creditor's Name

PO BOX 71084
Number    Street

Charlotte      NC      28272
City      State      ZIP Code

Last 4 digits of account number   6   5   6   9      $ 4,322.00

When was the debt incurred?   07/01/2016

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Credit Card

---

### 4.8 Mohela/Dept of Ed

Nonpriority Creditor's Name

633 Spirit Dr
Number    Street

Chesterfield      MO      63005
City      State      ZIP Code

Last 4 digits of account number   2   1   0   7      $37,421.00

When was the debt incurred?   11/15/2018

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:

☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

---

### 4.9 Navy FCU

Nonpriority Creditor's Name

PO Box 3500
Number    Street

Merrifield      VA      22119
City      State      ZIP Code

$17,541.00

Last 4 digits of account number   2   7   4   2

When was the debt incurred?   08/01/2016

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Credit Card

---

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims         

Debtor 1    Ksenlja    Marnl
_____
First Name    Middle Name    Last Name

Case number (if known)_____

### Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

---

**4.3**

**Prosper Marketplace**
_____
Nonpriority Creditor's Name

**221 Main Street, Suite 300**
_____
Number    Street

**San Francisco**              **CA**    **94105**
_____
City                          State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  4  0  4  5          $ 5,455.00

When was the debt incurred?    01/01/2016

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Consumer Loan

---

**4.4**

**Synchrony/Value City**
_____
Nonpriority Creditor's Name

**PO Box 960061**
_____
Number    Street

**Orlando**                    **FL**    **32896**
_____
City                          State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  9  7  0  3          $ 1,404.00

When was the debt incurred?    07/01/2017

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Consumer Credit

---

**4.5**

$ 7,154.00

**TD Bank**
_____
Nonpriority Creditor's Name

**PO Box 100290**
_____
Number    Street

**Columbia**                   **SC**    **29202**
_____
City                          State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  7  4  7  2

When was the debt incurred?    01/01/2016

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

---

Official Form 106E/F           Schedule E/F: Creditors Who Have Unsecured Claims           page 7 of 15

Debtor 1  **Ksenija**                      **Marni**
First Name    Middle Name    Last Name                    Case number (if known)_____

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.     **Total claim**

---

**4.16**

**MarketPlace Loan Trust**
Nonpriority Creditor's Name

**PO Box 1719**
Number    Street

**Portland**                    **OR**    **97207**
City                            State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  8  0  3  8        $ 14,853.00

When was the debt incurred?  01/01/2016

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Consumer Loan**

---

**4.17**

**PayPal Credit**
Nonpriority Creditor's Name

**PO Box 71202**
Number    Street

**Charlotte**                  **NC**    **28272**
City                            State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  6  9  1  1        $   929.00

When was the debt incurred?  4/1/2018

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Consumer Credit**

---

**4.18**

**PNC Bank**
Nonpriority Creditor's Name

**2730 Liberty Ave**
Number    Street

**Pittsburgh**                 **PA**    **15222**
City                            State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  7  8  5  6        $ 130,000

When was the debt incurred?  01/01/2005

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Mortgage/2nd Lien/Short sale**

---

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 8 of 15