# EXHIBIT - N

**NOTE ON DOCUMENT LENGTH**: For the sake of brevity and to reduce the volume of the record, the attached exhibits contain only the relevant excerpts of the larger documents. Full versions of these records are available and will be produced upon request.

 Gmail

Raj Marni <rajmarni@gmail.com>

## Offer of Virtual Verification Session with LeBar InfoTech (Turkey/Dubai) Regarding Passport Release

1 message

Tue, Mar 10, 2026 at 8:35 AM

**Raj Marni** <rajmarni@gmail.com>
To: Kasey Marni <kmarni@hotmail.com>, Kasey Marni <kmarni@gmail.com>, Kasey Trdic <kaseykcm@gmail.com>,
"Prentice, Anne (VDSS)" <anne.prentice@dss.virginia.gov>

My dream to build a world class stablecoin project and my livelihood will be destroyed if I am not present in Turkey by April 15th, 2026. The MENAT contract will be cancelled for good.

Regarding my pending request for the release of my passport to facilitate international employment, I am writing to relay a formal offer of cooperation from my prospective employers at **LeBar InfoTech Turkey**.

As previously disclosed, I have executed a **Patent Licensing and Consulting Agreement** that requires my physical, on-site presence in the MENAT region (Middle East, North Africa, and Turkey) no later than **April 15, 2026**. The financial stakes of this contract are significant, including:

The executive team in Turkey and Dubai, led by **Authorized Signatory Vadym Kyluchevsky**, has expressed a full willingness to participate in a **Video Verification Session** with the DCSE or the Court or Ms. Trdic. During this session, they are prepared to:

- 
1. **Confirm the Authenticity** of the executed agreement and the "Permanent Cancellation Clause" triggered if I fail to arrive by April 15, 2026.

2. **Verify the Economic Impact** and the structural impossibility of performing this specific high-level architectural work in a remote or virtual capacity.

3. **Answer Direct Questions** regarding the project, financial potential, and any other questions you may have.

4. Go over and explain the MENAT contract in detail.

The company understands the legal context of these proceedings and is prepared to offer this independent verification to demonstrate that this is a bona fide, multi-million dollar opportunity that will allow me to satisfy all past and future support obligations.

Please let me know a date and time that would work for an introductory video conference with the LeBar InfoTech team so we can resolve the travel restrictions and activate this revenue stream.

I am waiting, please help me.

Regards

Raj Marni