# EXHIBIT - P

**NOTE ON DOCUMENT LENGTH**: For the sake of brevity and to reduce the volume of the record, the attached exhibits contain only the relevant excerpts of the larger documents. Full versions of these records are available and will be produced upon request.

FILED

**VIRGINIA:**

2022 FEB -4 PM 12: 34

IN THE CIRCUIT COURT OF LOUDOUN COUNTY

CIRCUIT COURT
CLERKS OFFICE
LOUDOUN COUNTY, VA

TESTE:_____D.C

KSENIJA TRDIC (fka KSENIJA MARNI),    *

Plaintiff,    *

v.    *    Case No. CL00107389

RAJ MARNI,    *

Defendant.    *

<u>**AFFIDAVIT AND PETITION FOR A RULE TO SHOW CAUSE**</u>

STATE OF VIRGINIA

COUNTY OF LOUDOUN, to-wit:

The undersigned, KSENIJA MARNI, Plaintiff herein, having first been duly sworn, states under oath as follows:

I.    <u>BACKGROUND</u>

1. That the parties were divorced by Final Decree entered herein on Jun 19, 2017. The Final Decree of Divorce was affirmed, ratified and incorporated an Agreement between the parties dated Feb 8, 2016 (Property Settlement Agreement "PSA").

2. The Defendant has failed to comply with the PSA and this Court's Order and has instead filed a case with the Court of Appeals of Virginia on January 17, 2018 claiming, among other things, that the PSA was unconscionable.

3. The Court of Appeals of Virginia issued its unpublished opinion on November 13, 2018, affirming this Court's decision and issued a mandate on January 2, 2019 stating that the judgement appealed from is affirmed and awarded damages to the Plaintiff.

Trdic v. Marni, Case No. CL00107389
RULE TO SHOW CAUSE
Page 2 of 8

4. The Defendant continued to fail to comply with this Court's order. The Plaintiff filed a Rule to Show Cause, which was heard by this Court on November 2, 2018. The Court found him in Civil Contempt of Court and ordered the Defendant held at the Loudoun County Adult Detention Center until he purged himself of his contempt by partially satisfying his financial obligations by paying a purge amount of $165,966.

5. On February 1, 2019, the Defendant was ordered to be released from custody upon surrendering his passport and paying $20,000 towards the purge amount, only partially satisfying it. The Court approved the plan presented by the Defendant to pay the remainder of the Purge amount and entered an Order. A Review Court date was set for March 1, 2019, when an alternative payment plan, agreed upon by the Defendant and the Plaintiff, was presented to the Court for repayment of all obligations pursuant to the final divorce decree. The Court entered an Order.

6. Court hearing was set for May 3, 2019 for another review and enforcement, if necessary. The Defendant failed to pay $6,945.75 towards child and spousal support on May 1, 2019 and failed to comply with non-monetary provisions of the Court's order. At the Court hearing, the Defendant presented two personal post-dated checks to the Plaintiff for the child and spousal support payments in the amount of $6,945.75 to be paid on June 1, 2019. On May 3, 2019, the Court issued a review Order. The case was continued to June 7, 2019 for review and compliance. The Plaintiff was excused by the Court from appearing on June 7, 2019 and the Defendant agreed to allow the Plaintiff to submit a sworn statement setting forth the status of the Defendant's compliance in lieu of her actual appearance. The Plaintiff submitted a sworn statement confirming that the Defendant complied with the Court's May 3, 2019 review Order.

Trdic v. Marni, Case No. CL00107389
RULE TO SHOW CAUSE
Page 3 of 8

7. The Plaintiff filed a second Petition for Rule to Show Cause on September 23, 2019. The Court issued a Rule to Show Cause on October 23, 2019 and the case was heard on March 3, 2020. The Court again found the Defendant in contempt (of this Court's March 1, 2019 Order) and issued its Order on March 3, 2020. The Defendant failed to make the Court Ordered payments.

8. The Defendant filed for Chapter 13 Bankruptcy protection on July 2, 2020, which was subsequently converted to Chapter 7 Bankruptcy. The Defendant's Chapter 7 Bankruptcy Case was discharged on December 29, 2020 (attached as Exhibit A).

9. This Court issued an Order on August 7, 2020 granting Defendant's Motion for Automatic Stay, except those proceeding as they relate to spousal and child support. This Court also issued an Order on August 17, 2020 finding the Defendant in contempt failing to pay Child Support and Spousal Support for the months of May, June, July and August 2020, and only partially paying Child Support and Spousal Support for March and April 2020. To purge the contempt, the Defendant was ordered to pay $20,000 to the Plaintiff, via direct deposit of cash, certified check or cashier's check, or electronic transfer into Plaintiff's Bank of America account no later than October 7, 2020. The Defendant was also ordered to provide financial documents. The Defendant failed to deposit $20,000 into the Plaintiff's account.

10. Defendant has consistently shown his willful disregard for this Court's orders. Since the conclusion of his bankruptcy case over a year ago, the Defendant has willfully failed to make ongoing Court Ordered Payments and Arrear's Payments to the Plaintiff, despite repeated requests from the Plaintiff, and despite having a well-paying IT job with the IBM and an additional disposable income due to the discharge of all his other debt.

Trdic v. Marni, Case No. CL00107389
RULE TO SHOW CAUSE
Page 4 of 8

Therefore, the Plaintiff is filing this fourth Petition for Rule to Show Cause to address the

Defendant's defaults.

## II.    DEFENDANT'S DEFAULTS

1.    The Defendant, Raj Marni, has not complied with this **Court's January 5, 2018 Order**.

The Defendant is required to and:

    A.    Failed to pay $2,431.01 for child support on September 1, 2020

    B.    Failed to pay $61,261.56 (12 payments of $5,105.13 per month) for spousal

        support from Jan 1, 2021 - December 1, 2021.

    C.    Failed to pay $5,360.39 for spousal support on January 1, 2022

    D.    Failed to pay $5,360.39 for spousal support on February 1, 2022

    E.    Failed to give the Court 30 days advance written notice of change of address

        (Paragraph 4).

    F.    Failed to keep the Court informed of the name, address, and telephone number of

        his current employer (Paragraph 11).

    G.    Failed to keep, without lapse, a life insurance policy of $1 million, naming

        Ksenija Trdic (formerly Ksenija Marni) as the sole beneficiary.

2.    The Defendant, Raj Marni, has not complied with this **Court's February 1, 2019 Order**:

The Defendant violated this Court's February 1, 2019 Order that required him to surrender all

passports and not to have a new one issued without a court order. This was also a condition of his

Release (Exhibits C and D attached). The Defendant, in an attempt to avoid his financial

obligations, obtained a new US Passport, fled the country and is now residing overseas.

Trdic v. Marni, Case No. CL00107389
RULE TO SHOW CAUSE
Page 5 of 8

3.   The Defendant, Raj Marni, has not complied with this **Court's March 1, 2019 Order**.

The Defendant is required to and:

    A.   Failed to pay $43,000 lump sum payment to the Plaintiff on October 15, 2019.

    B.   Failed to pay $43,000 lump sum payment to the Plaintiff on December 15, 2019.

    C.   Failed to pay $18,838.70 lump sum payment for Prosper and Circle Bank loans to the Plaintiff on March 15, 2020 (Paragraph 6.c.i).

    D.   Failed to pay $18,838.70 lump sum payment for Prosper and Circle Bank loans to the Plaintiff on May 15, 2020 (Paragraph 6.c.ii).

    E.   Failed to pay to the Plaintiff, the remaining arrears balance (plus 6% compounded annual interest) from March 1, 2019 until paid, and all the remaining payments on the loan, in one lump sum on August 1, 2020 (Paragraph 6.c.iii).

    F.   Failed to pay the remaining arrears to the Plaintiff for spousal support with 6% compounded annual interest in lump sum on or before May 1, 2020 (Paragraph 3).

    G.   Failed to make $440.44 monthly payments to the Plaintiff for Daughter's College Parent Plus Loan (from November 26, 2019 – April 26, 2019) and failed to pay off the remaining balance after 12 months (Paragraph 8).

4.   The Defendant, Raj Marni, has not complied with this **Court's August 17, 2020 Order**.

The Defendant is required to and:

    A.   Failed to pay $20,000 to the Plaintiff no later than October 7, 2020 to purge his contempt for failing to pay Child Support and Spousal Support payments for the months of May, June, July and August 2020, and only partially paying Child Support and

Trdic v. Marni, Case No. CL00107389
RULE TO SHOW CAUSE
Page 6 of 8

Spousal Support for March and April 2020. The defendant disregarded Court's Order and instead deposited cashier's checks (totaling $19,452) into Plaintiff's account for <u>future</u> support obligations as follows:

    a.  $4,863 on August 31, 2020 - for September 2020 Spousal Support payment

    b.  $4,863 on October 1, 2020 - for October 2020 Spousal Support payment.

    c.  $4,863 on October 5, 2020 – for November 2020 Spousal Support payment

    d.  $4,863 on October 5, 2020 – for December 2020 Spousal Support payment

The Defendant transferred $2000 to son Mark Marni and $1000 to daughter Clarissa Marni on August 31, 2020, and another $2000 to son Mark Marni and $1000 to daughter Clarissa Marni on October 1, 2020. All the payments received have been credited as seen on "Summary of Raj Marni's Arrears and Payments" statement (attached as Exhibit B).

<u>Upon information and belief, the arrearages will continue to accrue during the pendency of this suit.</u>

The Plaintiff, KSENIJA MARNI, respectfully requests that this Court:

    A.    Grant this Verified Petition and issue a Rule to Show Cause against the Defendant, requiring the Defendant, RAJ MARNI, to appear before this Court to show cause, if any there be, why he should not be held in contempt of Court for his repeated and continued violations of this Court's Order, and punished for failure and refusal to abide by the order of this Court.

    B.    Find the Defendant, RAJ MARNI, in contempt of court for his failure to comply with this Court's Order.

Trdic v. Marni, Case No. CL00107389
RULE TO SHOW CAUSE
Page 7 of 8

C.   Order the Defendant to comply with the parties' Property Settlement Agreement,

and Court Orders.

D.   Order and enforce that the Defendant comply with his release condition to remain

in the United States and relinquishes all his passports.

E.   Order that ongoing Spousal Support be automatically deducted from the

Defendant's paycheck and deposited into the Plaintiff bank account at Navy Federal Credit

Union (Exhibit E).

F.   Order the Defendant to pay the arrearages listed above and such additional

arrearages as accrue from the date of filing this petition through the date of hearing on this

matter.

G.   Award Plaintiff damages and costs in this behalf expended.

H.   Grant Plaintiff such other and further relief as the Court deems appropriate.

Respectfully submitted,

KSENIJA TRDIC

Plaintiff, *Pro Se*

Trdic v. Marni, Case No. CL00107389
RULE TO SHOW CAUSE
Page 8 of 8

STATE OF VIRGINIA,
CITY/COUNTY OF ____*Loudoun*____ , to-wit:

 Before me, the undersigned Notary Public, in and for the above-mentioned jurisdiction, appeared this day Ksenija Trdic whose name is signed to the foregoing document, and acknowledged her signature thereto.

 Subscribed and sworn to before me this ___*4*___ day of *February* 2022.

> AMBER CATHRYN MELLON
> Notary Public
> Commonwealth of Virginia
> Registration No. 7600226
> My Commission Expires Sep 30, 2022

_____
Notary Public

My Commission Expires: 09/30/2022

CERTIFICATE OF SERVICE:

I HEREBY CERTIFY that on 4th day of February 2022, I have caused a true copy of this Affidavit and Petition for Rule to Show Cause, Rule to Show Cause, and Praecipe to be served on the Defendant, Raj Marni, at 10845 Griffith Peak Dr, 2nd Floor, Las Vegas, NV 89135 via service of process by the Secretary of the Commonwealth of Virginia.

& email to :
rajmarni@gmail.com

_____
Ksenija Trdic, Plaintiff, *Pro Se*