# EXHIBIT - R

**NOTE ON DOCUMENT LENGTH**: For the sake of brevity and to reduce the volume of the record, the attached exhibits contain only the relevant excerpts of the larger documents. Full versions of these records are available and will be produced upon request.

VIRGINIA

IN THE CIRCUIT COURT OF LOUDOUN COUNTY

-----------------------------------X

KSENIJA TRDIC

       Plaintiff,

vs.              CL-00107389-01

RAJ MARNI

       Defendant/Counter-Claimant,

vs.

DCSE (Intervenor), KSENIJA TRDIC

       Counter-Defendants.

-----------------------------------X

TRANSCRIPT OF HEARING PROCEEDING

Wednesday, December 3, 2025

10:01 a.m.

18 E. Market Street

Leesburg, Virginia 20178

BEFORE THE HONORABLE JUDGE STEPHEN SINCAVAGE

Job No.: 251203

Pages: 1 - 139

Transcribed by: Shaylah Lynn Kiser, CER 1820

A P P E A R A N C E S

ON BEHALF OF THE PLAINTIFF

CHRISTIN L. GEORGELAS, Esquire

SG LAW, PLC

102 North King Street

Leesburg, Virginia 20176

(571) 977-2345 (Office)

(571) 977-2363 (Facsimile)

ON BEHALF OF THE DEFENDANT

RAJ MARNI, Pro se

3349 Michelson Drive, Suite 200

Irvine, California 92612

(725) 200-2010

ON BEHALF OF DCSE

ANNE PRENTICE, Esquire

OFFICE OF THE ATTORNEY GENERAL, DCSE

202 North 9th Street, 4th Floor

Richmond, Virginia 23219

(540) 722-7528 (Office)

ALSO PRESENT

KRISTI MCDONALD

VA DIVISION OF CHILD SUPPORT ENFORCEMENT (DCSE)