# EXHIBIT - T

**NOTE ON DOCUMENT LENGTH**: For the sake of brevity and to reduce the volume of the record, the attached exhibits contain only the relevant excerpts of the larger documents. Full versions of these records are available and will be produced upon request.

aP

**VIRGINIA:**

## IN THE CIRCUIT COURT OF LOUDOUN COUNTY

| | |
|---|---|
| **KSENIJA MARNI,** | § |
| **(aka Ksenjia Trdic)** | § |
| Plaintiff, | § |
| v. | § CL00107389-00 |
| **RAJ MARNI,** | § |
| Defendant, | § |

### O R D E R

**THIS MATTER** came before the Court this **6th day of April, 2022** upon the Plaintiff's, **KSENIJA MARNI**, *Pro Se*, ("Plaintiffs"), <u>Verified Affidavit and Petition for A Rule To Show Cause</u> ("'Petition") (pertaining to the <u>Final Order of Divorce</u>, " Final Order", dated **January 5th, 2018**, and the Parties' Separation Agreement, "Agreement," dated **February 8th, 2016**, incorporated into the "Final Order") and the <u>Rule to Show Cause</u> issued, with notice to the Defendant, **RAJ MARNI**, *Pro Se*, ("Defendant"), and upon the testimony and evidence presented by the Plaintiff, **KSENIJA MARNI,** *Pro Se* appeared before the bar of this court.

**IT APPEARING TO THE COURT** that Defendant is in arrears as alleged by Plaintiff's *Petition* and such arrearages as of the date of the *Petition* consisted of arrearages for the Prosper Loan of $19,434.49 as of **February 1st, 2022** (plus interest and fees), Circle Bank of $51,204.83 as of **February 1st, 2022**, (plus interest and fees), Support for Car Payment of $24,422.30 as of **February 1st, 2022** (plus interest and fees), Support Daughter's Student Parent Plus Loan of $43, 445.94 as of **February 1st, 2022** (plus interest and fees), Support for the Parties' children of $86,557.09 as of **February 1st, 2022** in child support, Spousal Support of $255,383.15 as of **February 1st, 2022** (plus interest and fees), Support for Son's College

Marni v. Marni
Civil No. CL00107389-00
Page 2

Year One (1)- 2020/2021 of $10,026.75 as of **February 1ˢᵗ, 2022** (plus interest and fees),

Daughter's Support of $11,521.67 as of **February 1ˢᵗ, 2022** (plus interest and fees),

Daughter's Support Student Loan of $31, 216.60 as of **February 1ˢᵗ, 2022** (plus interest and

fees),  Daughter's Support- Car of $8,923.76 as of **February 1ˢᵗ, 2022** (plus interest and fees),

as required by the Parties' Agreement which was incorporated, but not merged, into the "Final

Order"; and

   **IT APPEARING TO THE COURT** that Defendant has not maintained obligatory

support payments as required by the Parties' Agreement which was incorporated, but not

merged, into the "Final Order"; and

   **IT IS ORDERED AS FOLLOWS:**

1.  Plaintiff's, **KSENIJA MARNI,** *Pro Se*, request for relief is hereby **GRANTED.**

2.  The Defendant, **RAJ MARNI,** *Pro Se*, is **ORDERED** to provide proof of

    residence within Thirty (30) Days from issuance of this Order, specifically as to

    his whereabouts on **April 6ᵗʰ, 2022.**

    a.  If the Defendant, **RAJ MARNI,** *Pro Se* proof of residence is not provided

        within Thirty (30) Days from issuance of this Order the Court will hold the

        Defendant, **RAJ MARNI,** *Pro Se*, in willful contempt of the "Final Order"

        as alleged in the <u>Verified Affidavit and Petition for A Rule To Show</u>

        <u>Cause</u>.

    b.  That the Defendant, **RAJ MARNI,** *Pro Se* shall pay the arrearages as put

        forth above forthwith; the Court specifically finds that the Defendant, **RAJ**

        **MARNI,** *Pro Se* is in willful contempt.

Marni v. Marni
Civil No. CL00107389-00
Page 2

3. In the event The Defendant, **RAJ MARNI**, *Pro Se* failed to comply with 2(a.) or 2(b.) above he will then be remanded to the custody of the Sheriff for Loudoun County Virginia and/or shall surrender himself to the same.

4. The Defendant, **RAJ MARNI**, *Pro Se* shall be required to post a Purge Bond in the amount of of $50,000.00 with the Clerk of the Loudoun County Circuit Court, in Order to be released, from the Loudoun County Adult Detention Center.

**THIS MATTER IS CONTINUED GENERALLY BY ORDER OF THE COURT,** until the plaintiff **KSENIJA MARNI**, *Pro Se*, ("Plaintiffs"), or the defendant **RAJ MARNI**, *Pro Se*, ("Defendant"), praecipe this matter back upon the courts civil docket.

**ENTERED THIS __18__ DAY OF APRIL, 2022**

_____
**JEANETTE A. IRBY, JUDGE**
**LOUDOUN COUNTY CIRCUIT COURT**

"Clerk is Ordered to send a copy of this
Order forthwith, at no charge to
Counsel of record or pro se litigants."