# EXHIBIT - U

**NOTE ON DOCUMENT LENGTH**: For the sake of brevity and to reduce the volume of the record, the attached exhibits contain only the relevant excerpts of the larger documents. Full versions of these records are available and will be produced upon request.

FILED

**VIRGINIA:**
**IN THE CIRCUIT COURT OF LOUDOUN COUNTY** 2025 OCT -1 A 8: 27

CIRCUIT COURT
CLERKS OFFICE
LOUDOUN COUNTY, VA

TEST: _____ p

| | |
|---|---|
| **KSENIJA TRDIC** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| **v.** | : **CASE NO. CL 107389-01/02** |
| | : |
| **RAJ MARNI** | : |
| | : |
| **Defendant.** | : |
| **v.** | : |
| | : |

**THE DIVISION OF CHILD SUPPORT ENFORCEMENT, DEPARTMENT OF SOCIAL SERVICES, COMMONWEALTH OF VIRGINIA (DCSE)**

| | |
|---|---|
| **and** | : |
| | : |
| **KSENIJA TRDIC** | : |
| | |
| Counter-Defendants. | : |

## MOTION TO COMPEL CALCULATION OF ARREARAGES PURSUANT TO MARCH 1, 2019, ORDER

The Defendant, RAJ MARNI, Pro Se, hereby moves this Honorable Court to compel the Plaintiff, Ksenija Trdic, and the Counter-Defendant, the Division of Child Support Enforcement (DCSE), to jointly calculate and submit to the Court the correct child and spousal support arrearages based exclusively on the terms of the **Order entered on March 1, 2019**. See Exhibit A.

In support of this Motion, the Defendant states:

1. **Judicial Determination Needed:** Both the Plaintiff and DCSE have acknowledged that the parties disagree on the calculation and interpretation of the current support orders, necessitating judicial determination (as stated in DCSE's Motion to Intervene).

2. **Governing Order:** The most recent substantive Order governing the payment and application of support is the **Order entered on March 1, 2019.**

3. **Significant Payments Made:** The Defendant, Raj Marni, has remitted over **$300,000** in support payments over the years, and the payment allocations currently applied by the Plaintiff and DCSE **do not comply** with the specific terms of the March 1, 2019, Order regarding the prioritization of child support.

4. **Mandatory Application of Payments:** To achieve the required judicial clarity and finality, the arrears must be calculated by strictly applying all payments received by the Plaintiff and DCSE whether before or after March 1, 2019, solely to the outstanding **child support obligation** first, as dictated by the terms of the March 1, 2019, Order.

5. **Expedited Submission:** Given that this matter has been set for hearing to determine arrears (on December 3, 2025, or a continued date), an expedited calculation is necessary to prepare for argument and prevent further prejudice to the Defendant.

**PRAYER FOR RELIEF**

WHEREFORE, the Defendant, Raj Marni, prays that this Honorable Court enter an Order compelling the Plaintiff, Ksenija Trdic, and the Division of Child Support Enforcement to:

1. Calculate Arrearages: Calculate the child and spousal support arrearages by strictly adhering to the terms and payment application requirements of the Order entered on March 1, 2019.

2. Mandatory Payment Application: Ensure that all payments, including those received prior to March 1, 2019, and those received thereafter, are applied solely and entirely toward the outstanding child support obligation before any amount is applied to spousal support.

3. Compliance with Manual: Ensure that the final calculation is compliant with all DCSE Program Manual guidelines.

4. Submission Deadline: File and serve the completed, verified arrearages calculation and supporting documentation upon the Defendant and the Court within twenty-one (21) days of the entry of the Court's Order granting this Motion.

5. Grant such other and further relief as the Court deems just and equitable.

Respectfully Submitted,

RAJ MARNI

Counter-Claimant, Pro Se

3349 Michelson Drive, Suite 200

Irvine, CA 92612

rajmarni@gmail.com,

+1-725-200-2010

Case 26-01060-mkn    Doc 1-21    Entered 04/27/26 10:56:27    Page 5 of 5

 Gmail               **Raj Marni <rajmarni@gmail.com>**

---

## NOTICE OF FILING: Counter-Claimant Raj Marni's Reply to Opposition (CL107389-03), and Withdrawal of Ancillary Motions (CL107389-01/02/03)

1 message

---

**Raj Marni <rajmarni@gmail.com>**            Tue, Oct 14, 2025 at 7:02 AM
To: Emily Anderson <emily@sglawplc.com>, Christin Georgelas <christin@sglawplc.com>, "Prentice, Anne (VDSS)" <anne.prentice@dss.virginia.gov>
Cc: Megan Houck <megan@sglawplc.com>

Dear Ms. Georgelas, Ms. Pretence, and Ms. Anderson:

Good morning to you all.

Please take notice that on October 14, 2025, the Counter-Claimant, Raj Marni, *pro se*, filed the following documents with the Loudoun County Circuit Court regarding Case No. CL 107389-03:

1. **Counter-Claimant's Reply to Counter-Defendant Trdić's Response in Opposition to Motion for Entry of Default on Counterclaim.**
2. **Praecipe - Removal of Civil Motion** for the *Motion to Continue OR, In the Alternative Dismiss Upcoming Hearing* (docketed for 10/17/2025).
3. **Praecipe - Removal of Civil Motion** for the *Motion To Compel Calculations Of Arrearages* (docketed for 10/17/2025).
4. The clerk stamped the first pages.

Please note I will be amending the withdrawn motions with Judicially admitted facts in coming weeks.

Please let me know if you have any questions or any issues downloading the attachments.

Respectfully,

Raj Marni, *pro se*
CL107389-03

---

**4 attachments**

 **100-response-final.pdf**
5183K

**200-10-14 filing-court-stamped.pdf**
164K

**06-motion-compel-withdraw.pdf**
2347K

 **07-motion-march1-order-withdraw.pdf**
2462K