# EXHIBIT - W

**NOTE ON DOCUMENT LENGTH**: For the sake of brevity and to reduce the volume of the record, the attached exhibits contain only the relevant excerpts of the larger documents. Full versions of these records are available and will be produced upon request.

 Gmail

Raj Marni <rajmarni@gmail.com>

---

## Please do WHAT IS RIGHT AND FIX MY ACCOUNT TODAY.

1 message

---

**Raj Marni** <rajmarni@gmail.com>
To: holly.parker@dss.virginia.gov, "Bullard, Sue" <sue.a.bullard@dss.virginia.gov>, "Shaner, Kaitlyn (VDSS)"
<Kaitlyn.N.Shaner@dss.virginia.gov>

Tue, Aug 5, 2025 at 6:54 AM

---

Ms. Parker, Ms. Sue Ann Bullard, Ms. Shaner:

Today is the last day for the Virginia Department of Social Services (DCSE) to rectify the documented misconduct, address the pervasive falsehoods, and correct the fabricated financial records pertaining to my case, VA DCSE #0005005576. I expect a complete and truthful accounting, free from further misrepresentations, by the end of today, **August 5, 2025.** Let me be unequivocally clear: absent a full and transparent resolution, I will instruct my legal counsel to immediately seek judicial intervention to GET TO THE TRUTH, this is my only GOAL. one last chance to come clean.

**Tomorrow, August 6th, 2025, I will inform the following DCSE management to escalate the issue and seek their assistance to fix this problem created by DCSE Staff.**

Commissioner James Williams, Chief Deputy Commissioner Kevin Erskine, Deputy Commissioner Craig Burshem, Deputy Commissioner Ryan Kelly, Deputy Commissioner Necole Simmonds, Deputy Commissioner Carl Ayers, Deputy Commissioner Hari Dulal, Ms. Alana Tucker (Director, Child Support Enforcement).

I will share all the information I have about you three with management, including the roles each of you played.

a) Ms. Sue Ann Bullard: The willful disregard of a lawful court order to apply all monies collected to CS first, and the bias towards a white woman.

b) Ms. Shaner: The "supervisor" is unwilling to act on the complaints filed and take appropriate action to remedy the problem despite being informed numerous times. Her silence is an indicator of her siding with her colleagues and acting against DCSE polices.

c) Ms. Parker: The fabrication and lies about a "non-existent" agreement between Ms. Trdic and DCSE.

So, I request the three of you to act quickly and do the RIGHT THING - Apply the monies I paid for so far as per the March 1, 2019, court order,

this will set my Child Support account to zero, release my passport, and close the account.

I am not asking for favors; I am asking to follow the DCSE Program Manual guidelines. That is all I am asking. Please do the necessary.

I am willing to forgive and forget everything if my request is fulfilled by the end of today.

Thank you, and looking forward to closing this chapter on a positive note.

Best Regards,

Raj Marni

 Gmail

Raj Marni <rajmarni@gmail.com>

## FINAL NOTICE OF WILLFUL VIOLATION OF FEDERAL DISCHARGE INJUNCTION
1 message

**Raj Marni** <rajmarni@gmail.com>                                                                 Thu, Jan 29, 2026 at 12:10 PM
To: "Prentice, Anne (VDSS)" <anne.prentice@dss.virginia.gov>
Cc: Kasey Trdic <kaseykcm@gmail.com>, Kasey Marni <kmarni@gmail.com>, Kasey Marni <kmarni@hotmail.com>,
"Bullard, Sue" <sue.a.bullard@dss.virginia.gov>, "McDonald, Kristi (VDSS)" <kristi.mcdonald@dss.virginia.gov>, "Shaner,
Kaitlyn (VDSS)" <Kaitlyn.N.Shaner@dss.virginia.gov>, "Parker, Holly (VDSS)" <holly.parker@dss.virginia.gov>

**Case Number:** 0005005576 **Bankruptcy Case:** *In re Marni*, Case No. 20-13238-mkn (Bankr. D. Nev.) **Adversary Proceeding:** Case No. 26-01004-mkn

Dear Ms. Prentice,

You were provided various notices and documents in October, November, December, 2025 and in January 2026 about the Bankrupcy Fraud committed by Kseinja Trdic and its implications on the child support and spousal support arrears.

You have been provided with over 300+ pages of documents, numerous emails over the past several months detailing the FRAUD over the months. And you were informed on January 7th, 2026 of the Federal Case In Las Vegas.

Despite these warnings I received a notice today from Ms. Sue Bullard relates to the January 9, 2026, Loudoun County Circuit Court Order.

I am filing a Temporary Restraining Order and Preliminary Injunction in the Federal Court in Las Vegas.

This letter serves as formal notice that the Virginia Division of Child Support Enforcement (DCSE) is currently engaged in a **willful violation** of the federal permanent discharge injunction under **11 U.S.C. § 524(a)**.

The DCSE's recent actions constitute bad-faith collection of federally discharged debts based on the following:

- **Enforcement of a Void Order:** Your letter explicitly states that "Fiscal adjustments have been completed as per the 01.09.2026 Loudoun Co Circuit Court Order". As you were previously warned on November 18, December 13, and most recently on **January 7, 2026**, that order is *void ab initio* to the extent it purports to collect property debts discharged in my 2020 bankruptcy.

- **Commingling of Discharged Debts:** The reported "past due support debt" of **$508,533.84** is a mathematical impossibility unless it includes the **discharged property and contractual debts**—such as the Prosper, Circle Bank, Student loans, car support,etc—which the Defendants have willfully mischaracterized as support. YOU WERE PROVIDED DETAILED DOCUMENTS OF THIS FRAUD.

- **Prior Notice and Willfulness:** You were provided with the full Adversary Complaint and Emergency TRO filing on **January 7, 2026**. Despite this explicit federal notice, the DCSE proceeded to "adjust" its records and escalate collection activities twenty-two days later.

- Under the standard established in *Taggart v. Lorenzen,* **139 S. Ct. 1795 (2019)**, this constitutes a willful violation as there is "no fair ground of doubt" that these debts were discharged.

**LEGAL INTENT:** Because the DCSE has chosen to ignore federal law and actively enforce a void state order, **I intend to file a First Amended Complaint in the U.S. Bankruptcy Court for the District of Nevada to name the Virginia DCSE as a formal Defendant.**

I will be seeking compensatory damages, punitive relief, and sanctions for the continuous harassment and the "tainting" of my administrative records.

You have **24 hours** to stay all enforcement actions and restore my account to reflect only non-discharged obligations. Failure to do so will result in the immediate inclusion of DCSE in the March 4, 2026, hearing before Judge Nakagawa in Las Vegas.

**GOVERN YOURSELF ACCORDINGLY AND THIS IS MY ONLY NOTICE.**

Regards,

Raj Marni *Plaintiff Pro Se*

---

 **Payment Record Letter-january-29-2026.pdf**
189K

 Gmail

Raj Marni <rajmarni@gmail.com>

## PERSONAL NOTICE OF LIABILITY: Willful Violation of Bankruptcy Discharge – Case 0005005576

1 message

**Raj Marni** <rajmarni@gmail.com>                                        Sun, Feb 1, 2026 at 7:26 PM
To: "Bullard, Sue" <sue.a.bullard@dss.virginia.gov>
Cc: "Prentice, Anne (VDSS)" <anne.prentice@dss.virginia.gov>, "Shaner, Kaitlyn (VDSS)"
<Kaitlyn.N.Shaner@dss.virginia.gov>, "Parker, Holly (VDSS)" <holly.parker@dss.virginia.gov>, "McDonald, Kristi (VDSS)"
<kristi.mcdonald@dss.virginia.gov>, Kasey Trdic <kaseykcm@gmail.com>, Kasey Marni <kmarni@gmail.com>, Kasey Marni
<kmarni@hotmail.com>

Dear Ms. Sue Ann Bullard:

I am in receipt of the "Payment Record Letter" dated January 29, 2026, which reflects a "past due support debt" of
**$508,533.84.**

This letter serves as your formal notice that by manually entering and "adjusting" these figures, you are personally
participating in a **willful violation of the Federal Permanent Discharge Injunction (11 U.S.C. § 524).**

I have attached my Janiary 7th, 2026 Adversary complaint filed in Nevada Bankruptcy Court in Las Vegas NV, is attached
to his email. And here are  the Exhibits:

Exhibits-A-Ucombined.pdf

**Regarding the January 9, 2026, Court Order:** You have stated that these "fiscal adjustments" were made pursuant to the January 9th Loudoun County Order. Please be advised that under **Federal Law**, specifically **11 U.S.C. § 524(a)(1)**, any judgment at any time obtained in a state court is **void** as a determination of the personal liability of the debtor with respect to any debt discharged.

Because the January 9, 2026, Order purports to establish an arrearage based on property debts (Prosper, Circle Bank, etc.) that were discharged in my 2020 Bankruptcy, that order is **legally a nullity**.

You cannot "hide" behind a void  January 9th, 2026 state order to bypass a Federal Permanent Injunction. As a state agency official, you have an independent duty to comply with the Supremacy Clause of the U.S. Constitution. By entering these "adjustments" with full knowledge of my bankruptcy discharge, you are moving from administrative error into **willful contempt of the Federal Bankruptcy Court.**

### 1. Actual Knowledge of Accounting Fraud

You have been provided with the March 1, 2019, Court Order multiple times. That order mandates that all payments be credited to Child Support (CS) first. You are aware that:

- I paid **$84,663** prior to my bankruptcy.
- Applying those payments to discharged property debts (Circle Bank/Prosper) instead of CS—as you have done—is a violation of federal law.
- Your current balance of $508,533.84 ( as per your January 29th, 2026 Notice) is mathematically impossible under the terms of the support orders unless you have intentionally included discharged non-support debts. See attached Noitce you have sent me.

### 2. Coordination with Plaintiff

The timing of your "fiscal adjustments" (matching the Plaintiff's motions in state court) and your refusal to release my passport despite the accounts being paid in full in June 2025, provides evidence of a coordinated effort to circumvent my federal bankruptcy "Fresh Start."

**SEE YOUR "SET IN STONE" AND "JUNE 30TH, 2025": EMAILS ATTACHED HERETO.**

### 3. The Taggart Standard of Willfulness

Under *Taggart v. Lorenzen*, 139 S. Ct. 1795 (2019), there is no "fair ground of doubt" that my 2020 bankruptcy discharged the property debts you are currently enforcing. Proceeding with collection after receiving my January 7, 2026, notice of the Federal Adversary Proceeding constitutes **contempt of a federal court order.**

**NOTICE OF INTENT TO AMEND COMPLAINT:**

I am currently drafting the First Amended Complaint for **Case No. 26-01002-mkn** in the U.S. Bankruptcy Court for the District of Nevada. Unless you immediately:

1. **Cease** all collection and enforcement actions (including passport/license holds);
2. **Provide** a full accounting showing exactly how the $508,533.84 was calculated; and
3. **Restore** the credits for the $84,663 in pre-bankruptcy payments to the CS principal;

## You have until Febuary 8th, 2026 to cease all collection efforts related to discharged debts. If you don't...

I will name you, **Sue Bullard, in your individual and official capacity as case worker at DCSE**, as a Defendant in the federal action. I will seek personal sanctions, compensatory damages for the loss of my travel rights, and punitive damages for bad-faith enforcement.

If you have any questions/problems/isseues accessing the documents provieded, please contact me.

This is your only notice. **Govern yourself accordingly.**

Regards,

**Raj Marni**

---

**4 attachments**

**Payment Record Letter-january-29-2026.pdf**
189K

**Adversary_Complaint_Template-WORKING-v20.pdf**
981K

**set-in-stone-sue-bullard-email-nov-19-2024.pdf**
585K

**sue-to-kasey-email-jun-27-2025.pdf**
588K