NVB 250B (Rev. 10/14)

## CERTIFICATE OF SERVICE

RECEIVED **AM**
AND FILED

MAY - 4 2026

U.S. BANKRUPTCY COURT
DANIEL S OWENS, CLERK

IN RE:

RAJ MARNI ,

Debtor(s)

BK-20-13238-mkn
CHAPTER 7

Adversary Proceeding: 26-01060-mkn

RAJ MARNI, et al,

Plaintiff(s)

vs

ANNE PRENTICE, ESQ., INDIVIDUALLY
SUE ANN BULLARD, INDIVDUALLY
VIRGINIA DIVISION OF CHILD SUPPPORT
ENFORCEMENT (DCSE)
KSENIJA TRDIC, et al,

Defendant(s)

COMPLAINT, SUMMONS
STANDARD DISCOVERY PLAN AND
SCHEDULING ORDER PACKET

Hearing Date:  September 10, 2026
Hearing Time:  10:00 am

I, _____Raj Marni_____, certify that I am at least 18 years old and not a party to the matter concerning
(name)
which service of process was made. I further certify that the service of this summons and a copy of the complaint
along with the Standard Discovery Plan and Scheduling Order packet, as required by Local Rule 7016(b), was made
on _____April 27, 2026_____
(date)

by:

☑ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to: Anne Prentice
Asst. Attorny General, 202 North 9th Street, 4th floor
Richmond, VA 23219

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail
addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: (Describe briefly)

☐ State Law: The defendant was served pursuant to the laws of the State of _____,
as follows: (Describe briefly)                                                    (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: _____ 5/3/06 _____     Signature: _____

| | |
|---|---|
| Print Name: | Rao Marul |
| Business Address: | 17595 Harvard Ave C4009 |
| City: Bruni | State: CA    Zip: 92614 |