NVB 5075 (Rev. 10/24)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:

RAJ MARNI ,

Debtor(s)

BK−20−13238−mkn
CHAPTER 7

Adversary Proceeding: 26−01060−mkn

RAJ MARNI, et al,

Plaintiff(s)

NOTICE OF DOCKETING
ERROR

vs

ANNE PRENTICE, ESQ., INDIVIDUALLY, et al,

Defendant(s)

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | *11* − Motion to Dismiss Adversary Proceeding with Prejudice with Certificate of Service Filed by MAURICE VERSTANDIG on behalf of SUE ANN BULLARD, INDIVDUALLY, ANNE PRENTICE, ESQ., INDIVIDUALLY, VIRGINIA DIVISION OF CHILD SUPPPORT ENFORCEMENT (DCSE) (VERSTANDIG, MAURICE) |
| | *12* − Notice of Hearing Hearing Date: July 1, 2026 Hearing Time: 9:30 am with Certificate of Service Filed by MAURICE VERSTANDIG on behalf of SUE ANN BULLARD, INDIVDUALLY, ANNE PRENTICE, ESQ., INDIVIDUALLY, VIRGINIA DIVISION OF CHILD SUPPPORT ENFORCEMENT (DCSE) (Related document(s)11 Motion to Dismiss Adversary Proceeding filed by Defendant ANNE PRENTICE, ESQ., INDIVIDUALLY, Defendant SUE ANN BULLARD, INDIVDUALLY, Defendant VIRGINIA DIVISION OF CHILD SUPPPORT ENFORCEMENT (DCSE).)(VERSTANDIG, MAURICE) |
| Filed On: | 5/26/26 |
| With A Hearing Date Of: | 7/1/26 |
| And A Hearing Time Of: | 9:30 am |

The reason(s) for the required correction(s) is as follows:

* PDF has an incorrect case caption. Please Refer to the Local Rules and file an amended pleading or file in the correct case immediately. The following caption item(s) are incorrect/missing:
    * The case caption must include all Adversarial Parties exactly as they appear on the docket sheet including terminated parties.

Dated: 5/27/26

Dan Owens
Clerk of Court

**For additional information, please visit the court's web site at https://www.nvb.uscourts.gov**