Maurice B. VerStandig, Esq.
Nevada Bar No. 15346
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
(301) 444-4600
mac@mbvesq.com
*Special Counsel for the Virginia Department of Social Services, Division of Child Support Enforcement, Anne Prentice and Sue Ann Bullard*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: | ) | Case No. 20-13238-mkn |
| | ) | |
| RAJ MARNI, | ) | Chapter 7 |
| | ) | |
|     Debtor. | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| RAJ MARNI, | ) | Adv. No. 26-01060-mkn |
| | ) | |
|     Plaintiff, | ) | Hearing Date: July 1, 2026 |
| | ) | Hearing Time: 9:30 am |
| v. | ) | |
| | ) | |
| ANNE PRENTICE, ESQ., | ) | <u>Scheduling Conference</u> |
| INDIVIDUALLY AND IN HER | ) | Date: September 10, 2026 |
| OFFICIAL CAPACITY AS ASSISTANT | ) | Time: 10:00 am |
| ATTORNEY GENERAL, VIRGINIA | ) | |
| ATTORNEY GENERAL'S OFFICE; | ) | |
| SUE ANN BULLARD, INDIVIDUALLY | ) | |
| AND IN HER OFFICIAL CAPACITY | ) | |
| AS SUPPORT ENFORCEMENT | ) | |
| SPECIALIST, DIVISION OF CHILD | ) | |
| SUPPORT ENFORCEMENT, VIRGINIA | ) | |
| DEPARTMENT OF SOCIAL SERVICE; | ) | |
| VIRGINIA DIVISION OF CHILD | ) | |
| SUPPORT ENFORCEMENT (DCSE), | ) | |
| DEPARTMENT OF SOCIAL SERVICES, | ) | |
| COMMONWEALTH OF VIRGINIA, | ) | |
| and KSENIJA TRDIC, INDIVIDUALLY | ) | |
| | ) | |
|     Defendants. | ) | |

1

**NOTICE OF REMOTE HEARING ON MOTION
TO DISMISS COMPLAINT WITH PREJUDICE**

NOTICE IS GIVEN that a Motion to Dismiss Complaint with Prejudice ("Motion") was filed on May 26, 2026, by the Virginia Department of Social Services, Division of Child Support Enforcement, Anne Prentice and Sue Ann Bullard (the "Virginia Defendants"), which seeks an order dismissing the Complaint, ECF No. 1, filed by Raj Marni, with prejudice as to the Virginia Defendants. Any opposition must be filed pursuant to Local Rule 9014(d)(1).

NOTICE IS FURTHER GIVEN that if you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then you must file an opposition with the Court, and serve a copy on the person making the Motion no later than 14 days preceding the hearing date for the Motion, unless an exception applies (see Local Rule 9014(d)(3)). The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

PLEASE TAKE FURTHER NOTICE that a copy of the above-referenced Motion is on file with and available from the Clerk of the United States Bankruptcy Court at the address provided above; via the bankruptcy court's website at www.nvb.uscourts.gov (a PACER account is required); or by contacting the Virginia Defendants' counsel.

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

- The court may *refuse to allow you to speak* at the scheduled hearing; and
- The court may *rule against you* without formally calling the matter at the hearing.

NOTICE IS FURTHER GIVEN that the hearing will be held on July 1, 2026, at 9:30 am. Parties are permitted to appear telephonically by dialing (833) 435-1820, entering meeting identification number 161 062 2560, and entering passcode 029066#. If you intend to participate at this hearing, please check the Court's website prior to the hearing for any updated instructions relating to the court participation number and access code. You may view the Court calendar at: https://www.nvb.uscourts.gov/calendars/court-calenders/. Select the hearing judge. Next click on the "calendar date" to view the hearing judge's dial-in number and meeting access code.

NOTICE IS FURTHER GIVEN that this hearing may be continued from time to time without further notice except for the announcement of any adjournment at the hearing.

Dated: May 27, 2026                    Respectfully submitted

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Nevada Bar No. 15346
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
(301) 444-4600
mac@mbvesq.com
*Special Counsel for the Virginia Department of Social Services,*

*Division of Child Enforcement, Anne Prentice and Sue Ann Bullard*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 27, 2026, the foregoing motion was filed using the CM/ECF system, which served a NEF on all parties receiving such service in this case.  I further certify that a true and accurate copy of the foregoing motion is being served—of even date—by first class mail, postage prepaid, upon (i) Raj Marni, 17595 Harvard Avenue, C 4009, Irvine, CA 92612; and (ii) Ksenija Trdic, 20725 Wood Quay Drive, Unit 469, Sterling, VA 20166.

/s/ Maurice B. VerStandig
Maurice B. VerStandig

4