RECEIVED
AND FILED

JUN 15 2026

U.S. BANKRUPTCY COURT
DANIEL S. OWENS, CLERK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re

RAJ MARNI

                    Debtor.
_____

RAJ MARNI
                    Plaintiff
_____

                    v.

ANNE PRENTICE, ESQ.,
Individually and in her Official Capacity as
Assistant Attorney General, Virginia
Attorney General's Office

SUE ANN BULLARD,
Individually and in her Official Capacity as
Support Enforcement Specialist, Division of
Child Support Enforcement, Virginia
Department Of Social Services

VIRGINIA DIVISION OF CHILD SUPPORT
ENFORCEMENT (DCSE), Department of
Social Services, Commonwealth of Virginia


KSENIJA TRDIC,
Individually

                    Defendants.
_____

| Bankruptcy No: 20-13238-mkn |
| Chapter: 7 |
| Adversary Proceeding: 26-01060-mkn |
| CERTIFICATE OF SERVICE |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

# <u>Certificate Of Service To Ksenija Trdic</u>

I, Abe Barberenagil, certify under penalty of perjury under the laws of the United States of America that I am over the age of eighteen (18) years and am not a party to the above-captioned adversary proceeding. My residential address is 2 ANGELL STREET, IRVINE, CA 92612.

On June 6, 2026, I served a true and correct copy of the **Plaintiff's Ex Parte Motion For Leave To Join Additional Defendant and File First Amended Adversary complaint Pursuant To FED. R. CIV. P. 15(a)(1)(B)** (ECF No. 18) by the methods and upon the persons listed below:

## 1. Service via First-Class United States Mail

I personally placed a true and correct copy of the **Plaintiff's Ex Parte Motion For Leave To Join Additional Defendant and File First Amended Adversary complaint Pursuant To FED. R. CIV. P. 15(a)(1)(B** in a sealed box with first-class postage fully prepaid and deposited the same in the United States Mail at 17192 Murphy Avenue, Irvine, CA 92623, addressed to the following parties:

1) Ksenija Trdic *Pro Se* Defendant
   20725 Wood Quay Drive, Unit 469 Sterling, VA 20166.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 10th day of June 2026.

By:  _____

Abe Barberenagil, Declarant / Server

## Certificate Of Service To Counsel and Courtesy Electronic Mail

I, Raj Marni, certify under penalty of perjury under the laws of the United States of America that I am over the age of eighteen (18) years and am a party to the above-captioned adversary proceeding. My mailing address is 17595 Harvard Avenue, C 4009, Irvine, CA 92614.

## 1. Service via the Court's Electronic Filing System (CM/ECF)

Pursuant to the applicable Local Bankruptcy Rules and the Court's CM/ECF procedures, the following registered ECF user was served electronically through the Notice of Electronic Filing ("NEF") generated by the Court's CM/ECF system upon filing:

Maurice VerStandig, Esq.
Special Counsel for Defendants Virginia Department of Social Services (DCSE), Anne Prentice, and Sue Ann Bullard.

## 2. Courtesy Service via Electronic Mail

I have provided an electronic copy of the First Amended Adversary Complaint to the following:

1. Counsel Maurice VerStandig, Esq : mac@mbvesq.com
2. Defendant Ksenija Trdic: kaseykcm@gmail.com

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 10th day of June 2026.

By: _____

Raj Marni, Plaintiff