Raj Marni

17595 Harvard Avenue, C 4009

Irvine, CA 92614

Email: RajMarni@Gmail.Com

Telephone: +1-725-200-2010

*Pro Se*, Debtor

RECEIVED
AND FILED

JUN 18 2026    DLS

U.S. BANKRUPTCY COURT
DANIEL S. OWENS, CLERK

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | |
| | Bankruptcy No: 20-13238-mkn |
| RAJ MARNI | |
| | Chapter: 7 |
|          Debtor. | |
| | Adversary |
| RAJ MARNI | Proceeding: 26-01060-mkn |
|          Plaintiff | |
| | |
|          v. | |
| | |
| ANNE PRENTICE, ESQ., | |
| Individually and in her Official Capacity as | |
| Assistant Attorney General, Virginia | Scheduling Conference: |
| Attorney General's Office | |
| | Hearing Date: September 10, 2026 |
| SUE ANN BULLARD, | |
| Individually and in her Official Capacity as | Hearing Time: 10 a.m. PT |
| Support Enforcement Specialist, Division of | |
| Child Support Enforcement, Virginia | |
| Department Of Social Services | |
| | |
| VIRGINIA DIVISION OF CHILD SUPPORT | PLAINTIFF'S MOTION FOR |
| ENFORCEMENT (DCSE), Department of | VOLUNTARY DISMISSAL |
| Social Services, Commonwealth of Virginia | OF ADVERSARY |
| | PROCEEDING WITHOUT |
| | PREJUDICE |
| KSENIJA TRDIC, | |
| Individually | |
| | |
|          Defendants. | |

## I. PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING WITHOUT PREJUDICE

Plaintiff Raj Marni (*"Plaintiff"*), appearing *pro se*, respectfully moves this Court for an order voluntarily dismissing the above-captioned adversary proceeding without prejudice pursuant to Federal Rule of Bankruptcy Procedure 7041 and Federal Rule of Civil Procedure 41(a)(2). In support thereof, Plaintiff respectfully states as follows:

1. On June 12, 2026, this Court entered an *Order Following Show Cause Hearing* in a closely related companion adversary proceeding, styled *Marni v. Georgelas, et al.*, Adv. Proc. No. 26-01002-mkn (AECF No. 51).

2. In that June 12, 2026, Order, this Court determined that it would permissively abstain from adjudicating whether Plaintiff's underlying domestic relations and marital obligations imposed by the Circuit Court of Loudoun County, Virginia, were encompassed by the Chapter 7 discharge entered in Case No. 20-13238-mkn. The Court subsequently dismissed those discharge claims without prejudice to renewal before the Loudoun County Circuit Court, and dismissed all remaining non-bankruptcy claims for lack of subject matter jurisdiction.

3. The instant companion adversary proceeding, Adv. Proc. No. 26-01060-mkn, involves identical core legal thresholds regarding concurrent jurisdiction, the scope of the Chapter 7 discharge injunction relative to ongoing state child support enforcement mechanisms, and the same underlying domestic relations history between the primary parties.

4. In the interest of judicial economy, conservation of court resources, and adherence to the clear jurisdictional and permissive abstention boundaries established by this Court's June 12, 2026, Order, Plaintiff desires to cease litigation in this forum and voluntarily withdraw the instant action.

17595 Harvard Avenue, C 4009, Irvine, CA 92614
Email: RajMarni@Gmail.Com. Telephone: 725-200-2010

17595 Harvard Avenue, C 4009, Irvine, CA 92614
Email: RajMarni@Gmail.Com. Telephone: 725-200-2010

5. Pursuant to Federal Rule of Civil Procedure 41(a)(2), made applicable to adversary proceedings via Federal Rule of Bankruptcy Procedure 7041, an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper. Because the underlying jurisdictional and dischargeability issues are being redirected to the Commonwealth of Virginia, Plaintiff requests that this dismissal be entered explicitly **without prejudice** to renewal before a court of competent jurisdiction in the State of Virginia.

6. No answers or motions for summary judgment have been adjudicated, and no substantial discovery has commenced in this specific adversary proceeding. Dismissal without prejudice at this stage will not result in legal prejudice to any named Defendant.

**WHEREFORE**, Plaintiff Raj Marni respectfully requests that this Court enter an Order:

1. **GRANTING** Plaintiff's Motion for Voluntary Dismissal;

2. **DISMISSING** the above-captioned adversary proceeding in its entirety **WITHOUT PREJUDICE** as to all Defendants; and

3. **DIRECTING** the Clerk of the Court to formally close this adversary proceeding and vacate all scheduled hearings or filing deadlines from the active calendar.

Dated this 13th day of June 2026.

Respectfully submitted,

RAJ MARNI, Plaintiff, *Pro Se*

## II. CERTIFICATE OF SERVICE

I, Raj Marni, certify under penalty of perjury under the laws of the United States of America that I am over the age of eighteen (18) years and am a party to the above-captioned adversary proceeding. My mailing address is 17595 Harvard Avenue, Suite C 4009, Irvine, CA 92614.

I hereby certify a true and correct copy of the foregoing PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING WITHOUT PREJUDICE was served upon the following parties via the methods indicated below:

**1. Service via the Court's Electronic Filing System (CM/ECF):** Pursuant to the applicable Local Bankruptcy Rules and the Court's CM/ECF procedures, the registered Special Counsel of Record for the Virginia State Defendants will be served electronically through the Notice of Electronic Filing ("NEF") automatically generated by the Court's CM/ECF system immediately upon the hand-delivery and electronic docketing of this motion by the Clerk of Court on June 8, 2026.

**2. Service via First-Class United States Mail:** A true and correct physical copy of this motion bundle was be placed in a sealed envelope with first-class postage fully prepaid and deposited in the United States Mail, addressed to the following *pro se* party:

- Ksenija Trdic (*Pro Se* Defendant)

  20725 Wood Quay Drive, Unit 469, Sterling, VA 20166.

17595 Harvard Avenue, C 4009, Irvine, CA 92614
Email: RajMarni@Gmail.Com. Telephone: 725-200-2010

**3. VIA ELECTRONIC MAIL (**Transmitted on June 13, 2026**):** I transmitted a true and correct PDF copy of the aforementioned document to the following email addresses:

- **mac@mbvesq.com** ( Counsel for Defendants Prentice, Bullard, DCSE)

- **kaseykcm@gmail.com** (Ksenija Trdic, *Pro Se* litigant.)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 13, 2026.

RAJ MARNI, *Pro Se* Debtor
17595 Harvard Avenue, C 4009, Irvine, CA 92614.
Email: RajMarni@Gmail.Com
Telephone: +1-725-200-2010

17595 Harvard Avenue, C 4009, Irvine, CA 92614
Email: RajMarni@Gmail.Com. Telephone: 725-200-2010