Raj Marni
17595 Harvard Avenue, C 4009
Irvine, CA 92614
Email: RajMarni@Gmail.Com
Telephone: +1-725-200-2010
*Pro Se*, Debtor

RECEIVED
AND FILED

JUN 18 2026  DLS

U.S. BANKRUPTCY COURT
DANIEL S. OWENS, CLERK

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re

RAJ MARNI

_____ Debtor.

RAJ MARNI

_____ Plaintiff

v.

ANNE PRENTICE, ESQ.,
Individually and in her Official Capacity as
Assistant Attorney General, Virginia
Attorney General's Office

SUE ANN BULLARD,
Individually and in her Official Capacity as
Support Enforcement Specialist, Division of
Child Support Enforcement, Virginia
Department Of Social Services

VIRGINIA DIVISION OF CHILD SUPPORT
ENFORCEMENT (DCSE), Department of
Social Services, Commonwealth of Virginia

KSENIJA TRDIC,
Individually

_____ Defendants.

| |
Bankruptcy No: 20-13238-mkn

Chapter: 7

Adversary
Proceeding: 26-01060-mkn

Scheduling Conference:

Hearing Date: September 10, 2026

Hearing Time: 10 a.m. PT

NOTICE OF OPPORTUNITY
TO OBJECT

17595 Harvard Avenue, C 4009, Irvine, CA 92614
Email: RajMarni@Gmail.Com. Telephone: 725-200-2010

# I. NOTICE OF OPPORTUNITY TO OBJECT

TO THE DEFENDANTS AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Raj Marni has filed an accompanying *Motion for Voluntary Dismissal of Adversary Proceeding Without Prejudice* pursuant to Federal Rule of Bankruptcy Procedure 7041.

IF YOU OBJECT TO THE RELIEF REQUESTED, YOU MUST FILE A WRITTEN RESPONSE/OBJECTION with the Clerk of the Bankruptcy Court, 300 Las Vegas Boulevard South, Las Vegas, NV 89101, within fourteen (14) days of the service of this Notice. You must also serve a copy of your response upon the Plaintiff at the address listed above.

PLEASE TAKE FURTHER NOTICE that if you fail to file and serve a written objection within fourteen (14) days from the date of this notice, the Court may grant the relief requested and enter an Order dismissing this adversary proceeding without prejudice without further notice, a live courtroom hearing, or an opportunity to be heard.

Dated this 13th day of June 2026.

Respectfully submitted,

RAJ MARNI, Plaintiff, *Pro Se*

## II. CERTIFICATE OF SERVICE

I, Raj Marni, certify under penalty of perjury under the laws of the United States of America that I am over the age of eighteen (18) years and am a party to the above-captioned adversary proceeding. My mailing address is 17595 Harvard Avenue, Suite C 4009, Irvine, CA 92614.

I hereby certify a true and correct copy of the foregoing NOTICE OF OPPORTUNITY TO OBJECT was served upon the following parties via the methods indicated below:

**1. Service via the Court's Electronic Filing System (CM/ECF):** Pursuant to the applicable Local Bankruptcy Rules and the Court's CM/ECF procedures, the registered Special Counsel of Record for the Virginia State Defendants will be served electronically through the Notice of Electronic Filing ("NEF") automatically generated by the Court's CM/ECF system immediately upon the hand-delivery and electronic docketing of this motion by the Clerk of Court on June 8, 2026.

**2. Service via First-Class United States Mail:** A true and correct physical copy of this motion bundle was be placed in a sealed envelope with first-class postage fully prepaid and deposited in the United States Mail addressed to the following *pro se* party:

- Ksenija Trdic (*Pro Se* Defendant)

  20725 Wood Quay Drive, Unit 469, Sterling, VA 20166.

I declare under penalty of perjury that the foregoing is true and correct.

17595 Harvard Avenue, C 4009, Irvine, CA 92614
Email: RajMarni@Gmail.Com. Telephone: 725-200-2010

**3. VIA ELECTRONIC MAIL (**Transmitted on June 13, 2026**):** I transmitted a true and correct PDF copy of the aforementioned document to the following email addresses:

- **mac@mbvesq.com** (Counsel for Defendants Prentice, Bullard, DCSE)

- **kaseykcm@gmail.com** (Ksenija Trdic, *Pro Se* litigant.)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 13, 2026.

RAJ MARNI, *Pro Se* Debtor
17595 Harvard Avenue, C 4009, Irvine, CA 92614.
Email: RajMarni@Gmail.Com
Telephone: +1-725-200-2010

17595 Harvard Avenue, C 4009, Irvine, CA 92614
Email: RajMarni@Gmail.Com. Telephone: 725-200-2010