

Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
June 26, 2026

KSENIJA TRDIC
20725 WOOD QUAY DRIVE
UNIT 469
STERLING, VA 20166
(703) 234-2880
kaseykcm@gmail.com
Defendant

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In Re:

RAJ MARNI,

              Debtors.

RAJ MARNI,

              Plaintiff,

Vs.

ANNE PRENTICE, ESQ., INDIVIDUALLY, AND IN HER OFFICIAL CAPACITY AS ASSISTANT ATTORNEY GENERAL, VIRGINIA ATTORNEY GENERAL'S OFFICE,

SUE ANN BULLARD, INDIVDUALLY, AND IN HER OFFICIAL CAPACITY AS SUPPORT ENFORCEMENT SPECIALLIST, DIVISION OF CHILD SUPPPORT ENFORCEMENT, VIRGINIA DEPARTMENT OF SOCIAL SERVICE,

VIRGINIA DIVISION OF CHILD SUPPPORT ENFORCEMENT (DCSE), DEPARTMENT OF SOCIAL SERVICES, COMMONWEALTH OF VIRGINIA,

KSENIJA TRDIC, INDIVIDUALLY,

Defendants.

**Case No. 20-13238-mkn**

**Adversary Case No. 26-01060-mkn**

**Chapter 7**

**Hearing Date: June 17, 2026**
**Hearing Time: 9:30 A.M.**

1

## <u>ORDER GRANTING MOTION TO DISMISS</u>

Defendant Ksenija Trdic's Motion to Dismiss came on for hearing on June 17, 2026, at 9:30 A.M. No opposition having been filed and good cause appearing,

**IT IS HEREBY ORDERED** that the Motion to Dismiss is granted without leave to amend.

**IT IS FURTHER ORDERED** that Defendant Ksenija Trdic is dismissed from this case.

**IT IS SO ORDERED**

Submitted June 17, 2026

By: _____
Ksenija Trdic
Defendant, Pro Se