Raj Marni
17595 Harvard Avenue, C 4009
Irvine, CA 92614
Email: RajMarni@Gmail.Com
Telephone: +1-725-200-2010
*Pro Se*, Debtor

RECEIVED
AND FILED

JUL 20 2026

U.S. BANKRUPTCY COURT
DANIEL S. OWENS, CLERK

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | |
| | Bankruptcy No: 20-13238-mkn |
| RAJ MARNI | |
| | Chapter: 7 |
| Debtor. | |
| | Adversary |
| RAJ MARNI | Proceeding: 26-01060-mkn |
| Plaintiff | |
| | |
| v. | |
| | |
| ANNE PRENTICE, ESQ., | |
| Individually and in her Official Capacity as | |
| Assistant Attorney General, Virginia | |
| Attorney General's Office | |
| | Hearing Date: August 19, 2026 |
| SUE ANN BULLARD, | |
| Individually and in her Official Capacity as | Hearing Time: 9:30 am. PT |
| Support Enforcement Specialist, Division of | |
| Child Support Enforcement, Virginia | |
| Department Of Social Services | |
| | |
| VIRGINIA DIVISION OF CHILD SUPPORT | NOTICE OF HEARING |
| ENFORCEMENT (DCSE), Department of | |
| Social Services, Commonwealth of Virginia | |
| | |
| | |
| KSENIJA TRDIC, | |
| Individually | |
| | |
| Defendants. | |

**17595 Harvard Avenue, C 4009, Irvine, CA 92614**
**Email: RajMarni@Gmail.Com. Telephone: +1-725-200-2010**

## NOTICE OF HEARING ON PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDINGS WIHOUT PREJUDICE.

**PLEASE TAKE NOTICE** that a hearing on the Plaintiff's Motion to Dismiss Adversary Proceedings will be held on August 19th, 2026, at 9:30 a.m. PT before the Honorable Mike K. Nakagawa.

**LOCATION:** The hearing will be conducted via Remote Dial-In.

- **Phone:** (833) 435-1820
- **Meeting ID:** 161 062 2560
- **Passcode:** 029066#
- **Estimate Time:** TBD

**HELP DESK:** Please call and confirm with help desk at 702-527-7000 between the hours of 9 a.m. and 4 p.m. P.T. or via Email at: helpdesk@nvb.uscourts.gov.

**THE MOTION SEEKS THE FOLLOWING RELIEF:** Plaintiff seeks to dismiss the adversary proceedings without prejudice.

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion *no later than 14 days* preceding the hearing date for the motion, unless an exception applies (see Local Rule 9014(d)(3)). The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

**IF YOU OBJECT TO THE RELIEF REQUESTED**, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

• The court may *refuse to allow you to speak* at the scheduled hearing; and

• The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that the hearing on the said Motion will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South Third Floor, Bankruptcy Courtroom No: TBD, Las Vegas, Nevada 89101 on August 19th, 2026, at the hour of 9:30 a.m. PT.



RAJ MARNI, *Pro Se* Debtor
17595 Harvard Avenue, C 4009
Irvine, CA 92614
Email: RajMarni@Gmail.Com
Telephone: +1-725-200-2010

## CERTIFICATE OF SERVICE

I, Raj Marni, certify under penalty of perjury under the laws of the United States of America that I am over the age of eighteen (18) years and am a party to the above-captioned adversary proceeding. My mailing address is 17595 Harvard Avenue, Suite C 4009, Irvine, CA 92614.

I hereby certify a true and correct copy of the foregoing PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING WITHOUT PREJUDICE was served upon the following parties via the methods indicated below:

**1. Service via the Court's Electronic Filing System (CM/ECF):** Pursuant to the applicable Local Bankruptcy Rules and the Court's CM/ECF procedures, the registered Special Counsel of Record for the Virginia State Defendants will be served electronically through the Notice of Electronic Filing ("NEF") automatically generated by the Court's CM/ECF system immediately upon the hand-delivery and electronic docketing of this motion by the Clerk of Court on June 8, 2026.

**2. Service via First-Class United States Mail:** A true and correct physical copy of this motion bundle was be placed in a sealed envelope with first-class postage fully prepaid and deposited in the United States Mail, addressed to the following *pro se* party:

- Ksenija Trdic (*Pro Se* Defendant)

  20725 Wood Quay Drive, Unit 469, Sterling, VA 20166.

**3. VIA ELECTRONIC MAIL (Transmitted on July 17th, 2026):** I transmitted a true and correct PDF copy of the aforementioned document to the following email addresses:

- **mac@mbvesq.com** ( Counsel for Defendants Prentice, Bullard, DCSE)

- **kaseykcm@gmail.com** (Ksenija Trdic, *Pro Se* litigant.)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

17595 Harvard Avenue, C 4009, Irvine, CA 92614
Email: RajMarni@Gmail.Com. Telephone: +1-725-200-2010

Executed on July 17, 2026.

RAJ MARNI, *Pro Se* Debtor
17595 Harvard Avenue, C 4009, Irvine, CA 92614.
Email: RajMarni@Gmail.Com
Telephone: +1-725-200-2010