_____

Honorable Mike K. Nakagawa
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No. 20-13238-mkn |
| RAJ MARNI, | Chapter 7 |
| Debtor. | |
| RAJ MARNI, | Adv. No. 26-01060-mkn |
| Plaintiff, | |
| v. | |
| ANNE PRENTICE, ESQ., INDIVIDUALLY AND IN HER OFFICIAL CAPACITY AS ASSISTANT ATTORNEY GENERAL, VIRGINIA ATTORNEY GENERAL'S OFFICE; SUE ANN BULLARD, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY AS SUPPORT ENFORCEMENT SPECIALIST, DIVISION OF CHILD SUPPORT ENFORCEMENT, VIRGINIA DEPARTMENT OF SOCIAL SERVICE; VIRGINIA DIVISION OF CHILD SUPPORT ENFORCEMENT (DCSE), DEPARTMENT OF SOCIAL SERVICES, COMMONWEALTH OF VIRGINIA, and KSENIJA TRDIC, INDIVIDUALLY | |
| Defendants. | |

1

## ORDER GRANTING MOTION
## TO DISMISS COMPLAINT WITH PREJUDICE

Upon consideration of the motion to dismiss complaint with prejudice (the "Motion"), ECF No. 15, filed by the Virginia Department of Social Services, Division of Child Support Enforcement; Anne Prentice; and Sue Ann Bullard (collectively, the "Virginia Defendants"), the lack of docketed opposition thereto, governing law, and the record herein, it is, by the United States Bankruptcy Court for the District of Nevada, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that the above-captioned action be, and hereby is, DISMISSED WITH PREJUDICE as to the Virginia Defendants.

**IT IS SO ORDERED.**

Respectfully Submitted on this 18th day of July, 2026:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Nevada Bar No. 15346
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
(301) 444-4600
mac@mbvesq.com
*Special Counsel for the Virginia Department of Social Services, Division of Child Support Enforcement, Anne Prentice and Sue Ann Bullard*

/

/

/

/

2

## **LOCAL RULE 9021 CERTIFICATION**

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐ The court has waived the requirement of approval under Local Rule 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

- Ksenija Trdic approves of the form of order
- Raj Marni disapproves of the form of order and has transmitted an emergency motion to vacate the ruling. Above-signed counsel is declining to docket the emergency motion (insofar as he is not Mr. Marni's counsel), but wishes to be clear that Mr. Marni disapproves of this order and has indicated an intent to seek alternative relief.

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to Local Rule 9014(g), and that no party has objected to the form or content of the order.

3