Official Form 417A (12/18)

RECEIVED
AND FILED
SEP 28 2026
U.S. BANKRUPTCY COURT
DANIEL S. OWENS, CLERK

MAG

RECEIVED
AND FILED
SEP 14 2026
U.S. BANKRUPTCY COURT
DANIEL S. OWENS, CLERK

RETURNED

*[Caption as in Form 416A, 416B, or 416D, as appropriate]*

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): Raj Marni

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.

- ☒ Plaintiff
- ☐ Defendant
- ☐ Other (describe) ________________________

For appeals in a bankruptcy case and not in an adversary proceeding.

- ☐ Debtor
- ☐ Creditor
- ☐ Trustee
- ☐ Other (describe) ________________________

## Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: Order Granting Motion to Dismiss Complaint With Prejudice entered on July 24, 2026 (AECF No. 27). Order Denying Plaintiff's Motion for Voluntary Dismissal of Adversary Proceeding Without Prejudice entered on September 2, 2026 (AECF No. 28).
2. State the date on which the judgment, order, or decree was entered: July 24, 2026 and September 2, 2026

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1) Defendant/Appellee: Virginia Division of Child Support Enforcement (DCSE);
2) Defendant/Appellee: Anne Prentice, Esq.;
3) Defendant/Appellee: Sue Ann Bullard.

The above three parties are represented by: Maurice B. VerStandig, Esq., The VerStandig Law Firm, LLC, 1452 W. Horizon Ridge Pkwy, #665, Henderson, NV 89012; Email: mac@mbvesq.com. Ph: 301-444-4600.

4) Defendant/Appellee:Ksenija Trdic, pro se, Individually, 20725 Wood Quay Drive, Unit 469, Sterling, VA 20166; Email: kaseykcm@gmail.com. Ph: 703-234-2880.

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

Appellant Raj Marni elects to have this appeal heard by the United States Bankruptcy Appellate Panel of the Ninth Circuit (BAP). Appellant does not elect to have the appeal heard by the United States District Court.

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

- ☐ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Date: 9/18/2026

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):

Raj Marni
17595 Harvard Avenue, C 4009
Irvine, CA 92614
725-200-2010

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[**Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

Honorable Mike K. Nakagawa
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>RAJ MARNI,<br><br>Debtor. | Case No. 20-13238-mkn<br><br>Chapter 7 |
| RAJ MARNI,<br><br>Plaintiff,<br><br>v.<br><br>ANNE PRENTICE, ESQ., INDIVIDUALLY AND IN HER OFFICIAL CAPACITY AS ASSISTANT ATTORNEY GENERAL, VIRGINIA ATTORNEY GENERAL'S OFFICE; SUE ANN BULLARD, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY AS SUPPORT ENFORCEMENT SPECIALIST, DIVISION OF CHILD SUPPORT ENFORCEMENT, VIRGINIA DEPARTMENT OF SOCIAL SERVICE; VIRGINIA DIVISION OF CHILD SUPPORT ENFORCEMENT (DCSE), DEPARTMENT OF SOCIAL SERVICES, COMMONWEALTH OF VIRGINIA, and KSENIJA TRDIC, INDIVIDUALLY<br><br>Defendants. | Adv. No. 26-01060-mkn |

**ORDER GRANTING MOTION**
**<u>TO DISMISS COMPLAINT WITH PREJUDICE</u>**

Upon consideration of the motion to dismiss complaint with prejudice (the "Motion"), ECF No. 15, filed by the Virginia Department of Social Services, Division of Child Support Enforcement; Anne Prentice; and Sue Ann Bullard (collectively, the "Virginia Defendants"), the lack of docketed opposition thereto, governing law, and the record herein, it is, by the United States Bankruptcy Court for the District of Nevada, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that the above-captioned action be, and hereby is, DISMISSED WITH PREJUDICE as to the Virginia Defendants.

**IT IS SO ORDERED.**

Respectfully Submitted on this 18th day of July, 2026:

<u>/s/ Maurice B. VerStandig</u>
Maurice B. VerStandig, Esq.
Nevada Bar No. 15346
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
(301) 444-4600
mac@mbvesq.com
*Special Counsel for the Virginia Department of Social Services, Division of Child Support Enforcement, Anne Prentice and Sue Ann Bullard*

/

/

/

/

**LOCAL RULE 9021 CERTIFICATION**

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐ The court has waived the requirement of approval under Local Rule 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

- Ksenija Trdic approves of the form of order
- Raj Marni disapproves of the form of order and has transmitted an emergency motion to vacate the ruling. Above-signed counsel is declining to docket the emergency motion (insofar as he is not Mr. Marni's counsel), but wishes to be clear that Mr. Marni disapproves of this order and has indicated an intent to seek alternative relief.

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to Local Rule 9014(g), and that no party has objected to the form or content of the order.