RECEIVED
AND FILED
SEP 28 2026
U.S. BANKRUPTCY COURT
DANIEL S. OWENS, CLERK

MAG

RECEIVED
AND FILED
SEP 14 2026
U.S. BANKRUPTCY COURT
DANIEL S. OWENS, CLERK
RETURNED

Raj Marni
17595 Harvard Avenue, C 4009,
Irvine, CA 92614
Email:RajMarni@Gmail.Com
*Pro Se*, Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>RAJ MARNI<br><br>Debtor. | Bankruptcy No: 20-13238-mkn<br><br>Chapter: 7 |
| RAJ MARNI<br>Plaintiff/Appellant | Adversary<br>Proceeding: 26-01060-mkn |
| v. | |
| ANNE PRENTICE, ESQ.,<br>Individually and in her Official Capacity as Assistant Attorney General, Virginia Attorney General's Office<br><br>SUE ANN BULLARD,<br>Individually and in her Official Capacity as Support Enforcement Specialist, Division of Child Support Enforcement, Virginia Department Of Social Services<br><br>VIRGINIA DIVISION OF CHILD SUPPORT ENFORCEMENT (DCSE), Department of Social Services, Commonwealth of Virginia<br><br>KSENIJA TRDIC,<br>Individually<br><br>Defendants/Appellees | APPELLANT'S STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL AND DESIGNATION OF RECORD PURSUANT TO FED R. BANKR. P. 8009 |



Raj Marni, *pro se*
17595 Harvard Avenue, C 4009, Irvine, CA 92614
Email: RajMarni@Gmail.Com. Telephone: +1-725-200-2010

Raj Marni, *pro se*
17595 Harvard Avenue, C 4009, Irvine, CA 92614
Email: RajMarni@Gmail.Com. Telephone: +1-725-200-2010

**APPELLANT'S STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL AND DESIGNATION OF RECORD PURSUANT TO FED. R. BANKR. P. 8009**

Plaintiff/Appellant Raj Marni respectfully submits this Statement of Issues and Designation of Record on Appeal to the United States Bankruptcy Appellate Panel of the Ninth Circuit:

## I. STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL

1. Whether the Bankruptcy Court committed reversible legal error by dismissing Plaintiff's Adversary Complaint with prejudice (AECF No. 27), where the dismissal was explicitly predicated upon jurisdictional bars—specifically the *Rooker-Feldman* doctrine, the domestic relations exception to federal jurisdiction, and Full Faith and Credit requirements—contrary to controlling Ninth Circuit precedent requiring dismissals for lack of subject-matter jurisdiction to be entered without prejudice.

2. Whether the Bankruptcy Court committed reversible legal error or abused its discretion in its September 2, 2026, Order (AECF No. 28) by reaffirming that dismissal *with prejudice* was appropriate under *Rooker-Feldman* and the domestic relations exception, thereby precluding Plaintiff from asserting his claims before a competent court in the Commonwealth of Virginia.

3. Whether the Bankruptcy Court erred in denying Plaintiff's Motion for Voluntary Dismissal Without Prejudice pursuant to Fed. R. Bankr. P. 7041 / Fed. R. Civ. P. 41(a)(2) in light of the Court's prior permissive abstention ruling in companion proceeding *Marni v. Georgelas*, Adv. Proc. No. 26-01002-mkn (AECF No. 51), which dismissed identical dischargeability issues without prejudice to renewal in Virginia state courts.

///

///

Raj Marni, *pro se*
17595 Harvard Avenue, C 4009, Irvine, CA 92614
Email: RajMarni@Gmail.Com. Telephone: +1-725-200-2010

## II. DESIGNATION OF RECORD ON APPEAL

Appellant designates the following docket items, orders, and exhibits from Adversary Proceeding No. 26-01060-mkn (and relevant companion docket entries) as the Record on Appeal:

| Record Item | Docket No. / Date | Description / Significance |
|---|---|---|
| **Item 1** | AECF No. 1 (04/27/2026) | Original Adversary Complaint filed by Plaintiff Raj Marni. |
| **Item 2** | AECF No. 9 (05/18/2026) | Motion to Dismiss filed by Defendant Ksenija Trdic. |
| **Item 3** | AECF No. 15 (05/27/2026) | Virginia Defendants' Motion to Dismiss Complaint with Prejudice (setting forth *Rooker-Feldman* and jurisdictional arguments). |
| **Item 4** | AECF No. 16 (05/27/2026) | Notice of Hearing on Virginia Dismissal Motion. |
| **Item 5** | AECF No. 18 (06/08/2026) | Plaintiff's Ex Parte Motion for Leave to Join Additional Defendant and File First Amended Adversary Complaint. |
| **Item 6** | AECF No. 20 (06/18/2026) | Plaintiff's Motion for Voluntary Dismissal of Adversary Proceeding Without Prejudice. |
| **Item 7** | AECF No. 21 (06/18/2026) | Notice of Opportunity to Object to Voluntary Dismissal. |

Raj Marni, *pro se*
17595 Harvard Avenue, C 4009, Irvine, CA 92614
Email: RajMarni@Gmail.Com. Telephone: +1-725-200-2010

| **Record Item** | **Docket No. / Date** | **Description / Significance** |
|---|---|---|
| **Item 8** | AECF No. 22 (06/26/2026) | Order Granting Defendant Ksenija Trdic's Motion to Dismiss. |
| **Item 9** | Companion Adv. No. 26-01002 (06/12/2026) | Order Following Show Cause Hearing in *Marni v. Georgelas* (AECF No. 51), abstaining under 28 U.S.C. § 1334(c)(1) and dismissing without prejudice. |
| **Item 10** | AECF No. 23 (07/17/2026) | Plaintiff's Objection to Proposed Order and Emergency Motion to Vacate Bench Ruling, with attached Exhibits A–D. |
| **Item 11** | AECF No. 24 (07/20/2026) | Plaintiff's Second Motion for Voluntary Dismissal of Adversary Proceeding Without Prejudice. |
| **Item 12** | AECF No. 25 (07/20/2026) | Notice of Hearing on Plaintiff's Second Dismissal Motion. |
| **Item 13** | AECF No. 27 (07/24/2026) | **Order Appealed From:** Order Granting Motion to Dismiss Complaint With Prejudice as to Virginia Defendants. |
| **Item 14** | AECF No. 28 (09/02/2026) | **Order Appealed From:** Order Denying Plaintiff's Motion for Voluntary Dismissal Without Prejudice and Re-Closing Case. |

Raj Marni, *pro se*
17595 Harvard Avenue, C 4009, Irvine, CA 92614
Email: RajMarni@Gmail.Com. Telephone: +1-725-200-2010

| Record Item | Docket No. / Date | Description / Significance |
|---|---|---|
| **Item 15** | Hearing Transcript (07/01/2026) | Transcript of the July 1, 2026, Oral Argument on the Motion to Dismiss. |

Dated: September 10, 2026

Respectfully submitted,

Raj Marni, Plaintiff/Appellant Pro Se

## III. CERTIFICATE OF SERVICE

I, Raj Marni, certify under penalty of perjury under the laws of the United States of America that on September 10, 2026, I caused a true and correct copy of the foregoing **Notice of Appeal and Statement of Election** and **Statement of Issues and Designation of Record** to be served upon the following parties:

**Via Electronic Service through CM/ECF and Email:**

Maurice B. VerStandig, Esq.

The VerStandig Law Firm, LLC

1452 W. Horizon Ridge Pkwy, #665

Henderson, NV 89012

Email: mac@mbvesq.com, lisa@mbvesq.com

Raj Marni, *pro se*
17595 Harvard Avenue, C 4009, Irvine, CA 92614
Email: RajMarni@Gmail.Com. Telephone: +1-725-200-2010

*Counsel for Virginia Defendants/Appellees*

**Via First-Class U.S. Mail and Email:**

Ksenija Trdic
20725 Wood Quay Drive, Unit 469
Sterling, VA 20166
Email: kaseykcm@gmail.com
*Pro Se Defendant/Appellee*

______________________________

Executed on September ~~8~~ 10, 2026, at Irvine, California.

Raj Marni, Debtor/Appellant *Pro Se*