United States Bankruptcy Court
District of Nevada

MARNI,
Plaintiff
PRENTICE, ESQ., INDIVIDUALLY,
Defendant

Adv. Proc. No. 26-01060-mkn

# CERTIFICATE OF NOTICE

District/off: 0978-2 | User: admin | Page 1 of 2
Date Rcvd: Sep 30, 2026 | Form ID: apmemo2 | Total Noticed: 3

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| | + | KSENIJA TRDIC, 20725 WOOD QUAY DRIVE, UNIT 469, STERLING, VA 20166-7082 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|---|
| ust | + | Email/Text: jared.a.day@usdoj.gov | Oct 01 2026 02:33:00 | JARED A DAY, OFFICE OF THE U.S. TRUSTEE, 300 BOOTH STREET, #3009, RENO, NV 89509-1362 |
| pla | + | Email/PDF: rajmarni@gmail.com | Oct 01 2026 02:33:00 | RAJ MARNI, 17595 HARVARD AVENUE C 4009, IRVINE, CA 92614-8516 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| MAURICE VERSTANDIG | on behalf of Defendant ANNE PRENTICE ESQ., INDIVIDUALLY mac@mbvesq.com, lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |

MAURICE VERSTANDIG
on behalf of Defendant SUE ANN BULLARD INDIVDUALLY mac@mbvesq.com,
lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

MAURICE VERSTANDIG
on behalf of Defendant VIRGINIA DIVISION OF CHILD SUPPPORT ENFORCEMENT (DCSE) mac@mbvesq.com
lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

TOTAL: 3

NVB 8001–2 (Rev. 5/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>RAJ MARNI ,<br>Debtor(s) | BK–20–13238–mkn<br>CHAPTER 7 |
| RAJ MARNI<br>Plaintiff(s)<br>vs<br><br>ANNE PRENTICE, ESQ., INDIVIDUALLY<br>SUE ANN BULLARD, INDIVDUALLY<br>VIRGINIA DIVISION OF CHILD SUPPPORT ENFORCEMENT (DCSE)<br>Defendant(s) | Adversary Proceeding: 26–01060–mkn<br>Appeal Reference Number: 26–31<br><br>APPEAL MEMORANDUM |
| RAJ MARNI<br>Appellant(s)<br>vs<br><br>VIRGINIA DIVISION OF CHILD SUPPPORT ENFORCEMENT (DCSE) et al<br>Appellee(s) | |

To: All Parties in Appeal

From: U.S. Bankruptcy Court
300 Las Vegas Blvd., South
Las Vegas, NV 89101

The following item(s) are required for the above referenced appeal to proceed timely:

**Designation of Record On Appeal** must be filed at the Bankruptcy Clerk's Office 14 days after the filing of the Notice of Appeal. It must include the exact hearing dates of transcripts, exact titles and filing dates of all pleadings and exhibits. If any party includes a transcript, it must immediately be ordered by filing a Transcript Order Form with the Clerk's Office and make arrangements for payment with our Electronic Court Recorders.

The **Statement Of Issues** must also be filed at the Bankruptcy Clerk's Office 14 days after filing the Notice of Appeal. The Appellee is allowed 14 days after service of the Appellant Statement of Issues and Designation of Record to file an Additional/Supplemental Designation of Record.

**IF THE ABOVE ARE NOT COMPLIED WITH, THE BANKRUPTCY CLERK WILL FILE A STATUS REPORT WITH THE BANKRUPTCY APPELLATE PANEL OR THE U.S. DISTRICT COURT INDICATING WHY THE BANKRUPTCY CLERK HAS BEEN UNABLE TO FORWARD THE RECORD ON A TIMELY BASIS.**

Dated: 9/30/26

Dan Owens
Clerk of Court