United States Bankruptcy Court
District of Nevada

MARNI,
Plaintiff
PRENTICE, ESQ., INDIVIDUALLY,
Defendant

Adv. Proc. No. 26-01060-mkn

# CERTIFICATE OF NOTICE

District/off: 0978-2 User: admin Page 1 of 2
Date Rcvd: Sep 30, 2026 Form ID: aprefer Total Noticed: 3

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| | + | KSENIJA TRDIC, 20725 WOOD QUAY DRIVE, UNIT 469, STERLING, VA 20166-7082 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: jared.a.day@usdoj.gov | Oct 01 2026 02:33:00 | JARED A DAY, OFFICE OF THE U.S. TRUSTEE, 300 BOOTH STREET, #3009, RENO, NV 89509-1362 |
| pla | + | Email/PDF: rajmarni@gmail.com | Oct 01 2026 02:33:00 | RAJ MARNI, 17595 HARVARD AVENUE C 4009, IRVINE, CA 92614-8516 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| MAURICE VERSTANDIG | on behalf of Defendant ANNE PRENTICE ESQ., INDIVIDUALLY mac@mbvesq.com, lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |

MAURICE VERSTANDIG
on behalf of Defendant VIRGINIA DIVISION OF CHILD SUPPPORT ENFORCEMENT (DCSE) mac@mbvesq.com lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

MAURICE VERSTANDIG
on behalf of Defendant SUE ANN BULLARD INDIVDUALLY mac@mbvesq.com, lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

TOTAL: 3

NVB 8005−1 (Rev. 5/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

RAJ MARNI ,
Debtor(s)

BK−20−13238−mkn
CHAPTER 7

Adversary Proceeding: 26−01060−mkn

RAJ MARNI
Plaintiff(s)

vs

ANNE PRENTICE, ESQ., INDIVIDUALLY
SUE ANN BULLARD, INDIVDUALLY
VIRGINIA DIVISION OF CHILD SUPPPORT
ENFORCEMENT (DCSE)
Defendant(s)

Appeal Reference Number: 26−31

NOTICE OF REFERRAL
OF APPEAL TO
BANKRUPTCY APPELLATE PANEL

RAJ MARNI
Appellant(s)

vs

VIRGINIA DIVISION OF CHILD SUPPPORT
ENFORCEMENT (DCSE) et al
Appellee(s)

To: All Parties in Appeal
U.S. Trustee

**NOTICE IS GIVEN** that a Notice of Appeal has been filed by RAJ MARNI with the Clerk of the Bankruptcy Court on 9/28/26.

The above appeal has been referred to the U.S. Bankruptcy Appellate Panel of the Ninth Circuit (BAP).

Dated: 9/30/26

Dan Owens
Dan Owens
Clerk of Court