RECEIVED AND FILED

GCO

OCT 13 2026

U.S. BANKRUPTCY COURT
DANIEL S. OWENS, CLERK

Raj Marni
17595 Harvard Avenue, C 4009
Irvine, CA 92614
Email: RajMarni@Gmail.Com
Phone: +1-725-200-2010
*Pro Se*, Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>RAJ MARNI<br><br>Debtor. | Bankruptcy No: 20-13238-mkn<br><br>Chapter: 7 |
| RAJ MARNI<br>Plaintiff/Appellant | Adversary Proceeding: 26-01060-mkn |
| v.<br><br>ANNE PRENTICE, ESQ., Individually and in her Official Capacity as Assistant Attorney General, Virginia Attorney General's Office<br><br>SUE ANN BULLARD, Individually and in her Official Capacity as Support Enforcement Specialist, Division of Child Support Enforcement, Virginia Department Of Social Services<br><br>VIRGINIA DIVISION OF CHILD SUPPORT ENFORCEMENT (DCSE), Department of Social Services, Commonwealth of Virginia<br><br>KSENIJA TRDIC, Individually<br><br>Defendants/Appellees | BAP Appeal Reference No.: 26-31 |



Raj Marni, *pro se*
17595 Harvard Avenue, C 4009, Irvine, CA 92614
Email: RajMarni@Gmail.Com. Telephone: +1-725-200-2010

Raj Marni, *pro se*
17595 Harvard Avenue, C 4009, Irvine, CA 92614
Email: RajMarni@Gmail.Com. Telephone: +1-725-200-2010

**APPELLANT'S STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL AND DESIGNATION OF RECORD PURSUANT TO FED. R. BANKR. P. 8009**

Plaintiff/Appellant Raj Marni respectfully submits this Statement of Issues and Designation of Record on Appeal with the Clerk of the Bankruptcy Court pursuant to Fed. R. Bankr. P. 8009(a)(1), for transmission to the United States Bankruptcy Appellate Panel of the Ninth Circuit:

## I. STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL

1. Whether the Bankruptcy Court committed reversible legal error by dismissing Plaintiff's Adversary Complaint with prejudice (AECF No. 27), where the dismissal was explicitly predicated upon jurisdictional bars—specifically the *Rooker-Feldman* doctrine and the domestic relations exception to federal jurisdiction—contrary to controlling Ninth Circuit precedent requiring dismissals for lack of subject-matter jurisdiction to be entered without prejudice.

2. Whether the Bankruptcy Court committed reversible legal error or abused its discretion in its September 2, 2026, Order (AECF No. 28) by reaffirming that dismissal *with prejudice* was appropriate under *Rooker-Feldman* and the domestic relations exception, thereby precluding Plaintiff from asserting his claims before a competent court in the Commonwealth of Virginia.

3. Whether the Bankruptcy Court erred in denying Plaintiff's Motion for Voluntary Dismissal Without Prejudice under Fed. R. Civ. P. 41(a)(2), made applicable by Fed. R. Bankr. P. 7041, in light of the Court's prior permissive abstention ruling in companion proceeding *Marni v. Georgelas*, Adv. Proc. No. 26-01002-mkn (AECF No. 51), which dismissed substantially overlapping dischargeability issues without prejudice to renewal in Virginia state courts.

4. Whether the Bankruptcy Court erred as a matter of law in holding that the *Rooker-Feldman* doctrine and the domestic relations exception bar Plaintiff's

Raj Marni, *pro se*
17595 Harvard Avenue, C 4009, Irvine, CA 92614
Email: RajMarni@Gmail.Com. Telephone: +1-725-200-2010

claims at all, where the domestic relations exception limits only diversity jurisdiction under 28 U.S.C. § 1332 and does not apply to cases arising under federal law, and where the Bankruptcy Court's jurisdiction rests on 28 U.S.C. § 1334 and Plaintiff's claims arise under the Bankruptcy Code, including the discharge injunction of 11 U.S.C. § 524.

## II. DESIGNATION OF RECORD ON APPEAL

Appellant designates the following docket items, orders, and exhibits from Adversary Proceeding No. 26-01060-mkn (and relevant companion docket entries) as the Record on Appeal:

| **Record Item** | **Docket No. / Date** | **Description / Significance** |
|---|---|---|
| **Item 1** | AECF No. 1 (04/27/2026) | Original Adversary Complaint filed by Plaintiff Raj Marni. |
| **Item 2** | AECF No. 9 (05/18/2026) | Motion to Dismiss filed by Defendant Ksenija Trdic. |
| **Item 3** | AECF No. 15 (05/27/2026) | Virginia Defendants' Motion to Dismiss Complaint with Prejudice (setting forth *Rooker-Feldman* and jurisdictional arguments). |
| **Item 4** | AECF No. 16 (05/27/2026) | Notice of Hearing on Virginia Dismissal Motion. |
| **Item 5** | AECF No. 18 (06/08/2026) | Plaintiff's Ex Parte Motion for Leave to Join Additional Defendant and File First Amended Adversary Complaint. |

Raj Marni, *pro se*
17595 Harvard Avenue, C 4009, Irvine, CA 92614
Email: RajMarni@Gmail.Com. Telephone: +1-725-200-2010

| Record Item | Docket No. / Date | Description / Significance |
|---|---|---|
| **Item 6** | AECF No. 20 (06/18/2026) | Plaintiff's Motion for Voluntary Dismissal of Adversary Proceeding Without Prejudice. |
| **Item 7** | AECF No. 21 (06/18/2026) | Notice of Opportunity to Object to Voluntary Dismissal. |
| **Item 8** | AECF No. 22 (06/26/2026) | Order Granting Defendant Ksenija Trdic's Motion to Dismiss. |
| **Item 9** | Companion Adv. No. 26-01002 (06/12/2026) | Order Following Show Cause Hearing in *Marni v. Georgelas* (AECF No. 51), abstaining under 28 U.S.C. § 1334(c)(1) and dismissing without prejudice. |
| **Item 10** | AECF No. 23 (07/17/2026) | Plaintiff's Objection to Proposed Order and Emergency Motion to Vacate Bench Ruling, with attached Exhibits A–D. |
| **Item 11** | AECF No. 24 (07/20/2026) | Plaintiff's Second Motion for Voluntary Dismissal of Adversary Proceeding Without Prejudice. |
| **Item 12** | AECF No. 25 (07/20/2026) | Notice of Hearing on Plaintiff's Second Dismissal Motion. |
| **Item 13** | AECF No. 27 (07/24/2026) | **Order Appealed From:** Order Granting Motion to Dismiss Complaint With Prejudice as to Virginia Defendants. |

Raj Marni, *pro se*
17595 Harvard Avenue, C 4009, Irvine, CA 92614
Email: RajMarni@Gmail.Com. Telephone: +1-725-200-2010

| Record Item | Docket No. / Date | Description / Significance |
|---|---|---|
| **Item 14** | AECF No. 28 (09/02/2026) | **Order Appealed From:** Order Denying Plaintiff's Motion for Voluntary Dismissal Without Prejudice and Re-Closing Case. |
| **Item 15** | (09/28/2026) | **Notice of Appeal and Statement of Election** |
| **Item 16** | Exhibit A hereto (09/23/2026) | Email correspondence between Appellant and the Bankruptcy Court Clerk's Office (NVB Help Desk; Case Administration Supervisor) dated September 23, 2026, in which the Clerk's Office stated: "You are correct in that the case was closed prematurely, and the appeal period had not passed. We have reponed [sic] the Adversary case and if you would please mail in your appeal again, we will make note that you attempted to file in on time and it was our error it was returned." Attached hereto as Exhibit A. Appellant's original Notice of Appeal was received by the Clerk's Office on [ 09/14/2026 — see Clerk's return notice, also included in Exhibit A] and returned because the case had been closed. |
| **Item 17** | (09/30/2026) | Notice of Referral of Appeal to Bankruptcy Appellate Panel (Appeal Ref. No. 26-31). |
| **Item 18** | (09/30/2026) | Transmittal Form to Bankruptcy Appellate Panel. |
| **Item 19** | (09/30/2026) | Appeal Memorandum issued by Clerk of Court. |

Raj Marni, *pro se*
17595 Harvard Avenue, C 4009, Irvine, CA 92614
Email: RajMarni@Gmail.Com. Telephone: +1-725-200-2010

| Record Item | Docket No. / Date | Description / Significance |
|---|---|---|
| Item 20 | | Complete Electronic Docket Sheet for Adversary Proceeding No. 26-01060-mkn. |

## III. STATEMENT REGARDING TRANSCRIPTS (FED. R. BANKR. P. 8009(b)(1))

Pursuant to Federal Rule of Bankruptcy Procedure 8009(b)(1), Appellant Raj Marni hereby certifies that the issues presented on this appeal raise pure questions of law apparent on the face of the Bankruptcy Court's written orders and the electronic record herein. Accordingly, Appellant certifies that no transcript is being ordered for this appeal. If Appellees deem a transcript of the July 1, 2026, or August 19, 2026, hearings necessary, Appellees may designate and order the same within fourteen (14) days in accordance with Fed. R. Bankr. P. 8009(a)(2)(A) and 8009(b)(3).

Dated: October 11, 2026

Respectfully submitted,

Raj Marni, Plaintiff/Appellant Pro Se

/ / /

Raj Marni, *pro se*
17595 Harvard Avenue, C 4009, Irvine, CA 92614
Email: RajMarni@Gmail.Com. Telephone: +1-725-200-2010

## IV. CERTIFICATE OF SERVICE

I, Raj Marni, certify under penalty of perjury under the laws of the United States of America that on October 11, 2026, I caused a true and correct copy of the foregoing APPELLANT'S STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL, DESIGNATION OF RECORD, STATEMENT REGARDING TRANSCRIPTS, AND CERTIFICATE OF SERVICE, WITH EXHIBIT A, to be served upon the following parties:

**Via Electronic Service through CM/ECF and Email:**

1. **Maurice B. VerStandig, Esq.**
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, NV 89012
Email: mac@mbvesq.com, lisa@mbvesq.com
*Counsel for Defendants/Appellees Anne Prentice, Sue Ann Bullard, and Virginia Division of Child Support Enforcement*

**Via First-Class U.S. Mail and Email to the following:**

2. **Ksenija Trdic**
20725 Wood Quay Drive, Unit 469
Sterling, VA 20166
Email: kaseykcm@gmail.com
*Pro Se Defendant/Appellee*

3. **Anne Prentice, Esq.**, Assistant Attorney General Virginia Attorney General's Office
202 North 9th Street, 4th Floor
Richmond, VA 23219
Email: anne.prentice@dss.virginia.gov

Raj Marni, *pro se*
17595 Harvard Avenue, C 4009, Irvine, CA 92614
Email: RajMarni@Gmail.Com. Telephone: +1-725-200-2010

Defendant/Appellee

4. **Sue Ann Bullard**, Support Enforcement Specialist
Division of Child Support Enforcement
Virginia Department of Social Services
629 Cedar Creek Grade, Suite A
Winchester, VA 22601
Email: sue.a.bullard@dss.virginia.gov
Defendant/Appellee

5. **Virginia Division of Child Support Enforcement (DCSE)**
Department of Social Services, Commonwealth of Virginia
Commissioner of VDSS / Director of DCSE
Mailing Address:
5600 Cox Road
Glen Allen, VA 23060
(Physical/Record Address: 801 East Main Street Richmond, VA 23219)
Commissioner of VDSS Email:duke.storen@dss.virginia.gov
Director of DCSE Email: alana.tucker@dss.virginia.gov
Defendant/Appellee

Executed on October 11, 2026, at Irvine, California.

Raj Marni, Debtor/Appellant *Pro Se*

Raj Marni, *pro se*
17595 Harvard Avenue, C 4009, Irvine, CA 92614
Email: RajMarni@Gmail.Com. Telephone: +1-725-200-2010

# EXHIBIT A

Email correspondence with the Bankruptcy Court Clerk's Office, September 23, 2026

Gmail — Raj Marni <rajmarni@gmail.com>

**My Appeal Case Number 26-01060-mkn**
3 messages

**Raj Marni** <rajmarni@gmail.com> — Wed, Sep 23, 2026 at 10:40 AM
To: Cathy Shim <Cathy_Shim@nvb.uscourts.gov>, helpdesk@nvb.uscourts.gov

Hello Sir/Ma'am:

This relates to Adversary proceeding Case number: 26-01060-mkn.

Please see the attached file. A ruling was issued on my case on September 2nd, 2026 and I applied the ruling with all necessary documents and fees.

However, the court returned my documents and the fee, indicating the case is CLOSED.

I have the right to appeal within two weeks and I did so as per the law. I am denied my appeal rights.

Please let me know how to proceed. Thank you.

Best Regards,

Raj Marni
17595 Harvard Avenue, C 4009
Irvine, CA 92614
725-200-2010

**case-closed.pdf**
342K

**NVB Help Desk** <HelpDesk@nvb.uscourts.gov> — Wed, Sep 23, 2026 at 3:51 PM
To: Raj Marni <rajmarni@gmail.com>, Cathy Shim <Cathy_Shim@nvb.uscourts.gov>, NVB Help Desk <HelpDesk@nvb.uscourts.gov>

Hello

Hello Mr. Marni,

You are correct in that the case was closed prematurely, and the appeal period had not passed.

We have reponed the Adversary case and if you would please mail in your appeal again, we will make note that you attempted to file in on time and it was our error it was returned.

Michelle

Case Administration Supervisor

**From:** Raj Marni <rajmarni@gmail.com>
**Sent:** Wednesday, September 23, 2026 10:40 AM
**To:** Cathy Shim <Cathy_Shim@nvb.uscourts.gov>; NVB Help Desk <HelpDesk@nvb.uscourts.gov>
**Subject:** My Appeal Case Number 26-01060-mkn

Raj Marni, *pro se*
17595 Harvard Avenue, C 4009, Irvine, CA 92614
Email: RajMarni@Gmail.Com. Telephone: +1-725-200-2010

**CAUTION - EXTERNAL:**

[Quoted text hidden]

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

---

**Raj Marni** <rajmarni@gmail.com> Wed, Sep 23, 2026 at 5:14 PM
To: NVB Help Desk <HelpDesk@nvb.uscourts.gov>
Cc: Cathy Shim <Cathy_Shim@nvb.uscourts.gov>

Thank you for the prompt response. I appreciate it.

Yes, I will send the appeal package along with the fee tomorrow, September 24, 2026 via Priority Mail, and you will receive it soon.

Once you receive it, please take the necessary action. Thank you.

If you have any questions, I can be reached at this email address or at 725-200-2010.

Best Regards,

Raj Marni

[Quoted text hidden]

Raj Marni, *pro se*
17595 Harvard Avenue, C 4009, Irvine, CA 92614
Email: RajMarni@Gmail.Com. Telephone: +1-725-200-2010

NVB 1930 (Rev. 4/2024)

Reno Initials ________

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA
**Mail Response**

Mail No. 1

REMITTER RAJ MARNI — Amount of check $ 298.00

Debtor's name RAJ MARNI — Case No. 26-01060

| *Service Requested* | *$ Amount Received* |
|---|---|
| File Search (______ per item) | |
| Copies (______ per item) | |
| Closed File Request | |
| New Petition – Chapter Select One | |
| Verified Petition | |
| Installment Payment(s) Select One | |
| Amendment Fee | |
| Motion to Reopen | |
| Audio CD | |
| Other: APPEAL | $ 298.00 |
| *TOTAL* | $ 298.00 |

***Notes: Payment received by mail from debtors must be in the form of a bank cashier's check or money order.***

***Check and money orders should be made payable to: Clerk, US. Bankruptcy Court.***

***Personal checks and credit cards will not be accepted from individual debtors or debtors in possession if case is OPEN.***

**IMPORTANT NOTICE:** Please send a copy of your letter or pleading and this form with any further correspondence. If you would like a receipt for your payment or a file-stamped copy of your pleading, provide a self-addressed, stamped envelope.

☐ Returned for Incorrect Payment Amount
☐ Returned for Personal Checks Not Accepted

COMMENTS

Case is closed Appeal not accepted.

Date: 09/14/2026 — Deputy Clerk: ANDREA MENDOZA

Additional information may be found at our website: www.nvb.uscourts.gov

CamScanner